Lexus.MTN

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America



**FILED**
DISTRICT COURT OF GUAM
DEC 16 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 03-00042 |
| Plaintiff, ) | |
| vs. ) | UNITED STATES MOTION TO SEAL VERIFIED COMPLAINT AND ORDER |
| ONE 2002 LEXUS AUTOMOBILE, ) MODEL RX300, ) VIN JTJHF10U520277477, ) | |
| Defendant. ) | |

COMES NOW the plaintiff United States of America, by and through its attorneys, Leonardo M. Rapadas, United States Attorney, and Karon V. Johnson, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Verified Complaint filed in this action.

The United States has filed as Verified Complaint of Forfeiture as a civil action pursuant

-1-

**ORIGINAL**

to 18 U.S.C. § 981, based on an indictment, District Court CR 03-00095, which is under seal. Accordingly, any warrant of arrest issued in this case for said automobile, which warrant will necessarily be published, should bear a caption and court number separate from the criminal case number.

RESPECTFULLY SUBMITTED this 12th day of December, 2003.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and CNMI

By: *Karon V. Johnson* (signature)
     KARON V. JOHNSON
     Assistant U.S. Attorney

\* \* \* ORDER \* \* \*

IT IS HEREBY ORDERED that the Verified Complaint of the United States concerning one 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477, is hereby sealed.

Dated this  12th  day of December, 2003.

JOHN S. UNPINGCO
Presiding Judge, District Court of Guam

-3-