ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC 29 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477,<br><br>Defendant. | CIVIL CASE NO. 03-00042<br><br><br><br>ORDER |

On December 12, 2003, the United States filed a Verified Complaint of Forfeiture in the above-captioned case. The United States also submitted a Motion to Seal Verified Complaint and Order (the "Motion"), wherein the United States requested that the Court seal only the Verified Complaint filed in this action as it contained information related to a sealed criminal case. The Court thus signed the proposed order submitted.

The United States did not request to seal the Motion, which itself contained a reference to the sealed criminal case. Thus, in order to safeguard any on-going investigations in this matter, the Court hereby SEALS this Order and the Government's Motion until such time as the related criminal case is unsealed.

SO ORDERED this 29th day of December, 2003.

JOHN S. UNPINGCO
District Judge