# DOC#6
# CV-03-00042

# STRICKEN FROM THE RECORD