**William S. LaBahn, Esq.**
Law Offices of William S. LaBahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com
**Oregon Bar# 90001**

    Attorney for Ms. Khanh Ai Huynh
    Claimant

FILED DISTRICT COURT OF GUAM FEB 27 2004 MARY L. M. MORAN CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE, etc.,<br><br>    Defendant,<br><br>KHANH AI HUYNH,<br><br>    Claimant. | CV No. 03-00042<br><br>NOTICE OF CLAIM PURSUANT TO RULE C(6), SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS |

TO: Plaintiff United States of America and its attorney Karon V. Johnson, Esq., Assistant United States Attorney:

PLEASE TAKE NOTICE that pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, Ms. Khanh Ai Huynh, through her attorney, William S. Labahn, Law Offices of William S. Labahn, P.C., claims an interest in the above-described

Notice of Claim - 1
(United States v. One 2002 Lexus Automobile, Case No. 03-00042)
ORIGINAL

property, said interest being reflected in her possession and ownership of said property.

DATED this 18th day of February 2004.

Law Offices of William S. Labahn, P.C.
Attorneys for Claimant

By: *William S Labahn*
William S., Labahn, OSB#90001



STATE OF OREGON  )
                 ) ss.:
LANE COUNTY      )

I, William S. LaBahn, Esq., being duly sworn, depose and say the following under penalty of perjury:
I am the attorney of record for claimant Ms. Khanh Ai Huynh, that that the foregoing Notice of Claim is made on the basis of information furnished by claimant, and other sources, which I verily believe, and I am duly authorized by claimant to make the claim.

*William S Labahn*
William S. Labahn

SUBSCRIBED AND SWORN to before me this 18th day of February 2004:

*[signature]*
Notary Public: State of Oregon
My commission expires: 9/17/05

OFFICIAL SEAL
MEL L GRAY
NOTARY PUBLIC-OREGON
COMMISSION NO. 349993
MY COMMISSION EXPIRES SEPT 17, 2005

Notice of Claim - 1
(United States v. One 2002 Lexus Automobile, Case No. 03-00042)

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, and by faxing same to the person(s) or party(ies) below on the 18th day of February, 2004:

Karon V. Johnson, Esq.
Assistant U.S. Attorney
District of Guam
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telecopier No. (671) 472-7334

Dated this 18th day of February, 2004 at Eugene, Oregon.

*William S Labahn*
William S. Labahn

Notice of Claim - 1
(United States v. One 2002 Lexus Automobile, Case No. 03-00042)