**FILED**
DISTRICT COURT OF GUAM
MAR 10 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE,<br>MODEL RX300,<br>VIN JTJHF10U520277477,<br><br>Defendant,<br><br>KHANH AI HUYNH,<br><br>Claimant. | CIVIL CASE NO. 03-00042<br><br><br><br><br>ORDER |

On December 12, 2003, the Plaintiff commenced this case by the filing of a Verified Complaint of Forfeiture. On February 27, 2004, Claimant Khanh Ai Huynh filed a Notice of Claim[1] by and through her attorney, William S. Labahn. Additionally, Attorney Labahn, on behalf of the Claimant, filed a Notice of Appearance[2] and an Answer to Complaint *In Rem* for Forefeiture.[3]

The Court notes that Attorney Labahn is not admitted to practice before this Court pursuant to Rule GR 18.1 of the Local Rules of Practice for the District Court of Guam ("Local Rules"). Additionally, counsel has not sought admission *pro hac vice*, pursuant to Rule 17.1(d)

---

[1] This pleading was docketed as document number 7.

[2] The Notice of Appearance was docketed as document number 5A on the docket sheet.

[3] The Answer was docketed as document number 6.

of the Local Rules. Counsel is cautioned that the Court has strong views on the issue of practicing without proper admission to the bar of this Court. Accordingly, the Court hereby strikes documents 5A and 6 from the record. However, in order not to prejudice the Claimant's right to assert a timely interest in the subject property, the Court will not strike document 7 from the record. Counsel is advised to comply with the Local Rules governing admission to the bar of this Court. Failure to do so may result in the imposition of sanctions.

SO ORDERED this 9th day of March, 2004.

JOHN S. UNPINGCO
District Judge