FILED
DISTRICT COURT OF GUAM
MAR 1 1 2004
MARY L. M. MORAN
CLERK OF COURT

2002 Lexus.mem

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 03-00042 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **UNITED STATES MOTION FOR ORDER TO SHOW CAUSE WHY THE CLAIM AND ANSWER OF KHANH HUYNH SHOULD NOT BE STRICKEN** |
| ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves this Honorable Court for an order to show cause why the Court should not strike the Notice of Claim of Khanh Huynh filed in this case February 27, 2004, and the Answer of Khanh Huynh filed February 27, 2004. The United States makes this motion because Ms. Huynh is appearing through Oregon Attorney William S. LaBahn, who is not a member of the Guam Bar. Accordingly, these filings are in violation of District Court of Guam Local Rule 17.1(a),

-1-

which provides that membership in the bar of this Court is limited to attorneys who are active members in good standing of the Territorial Bar of Guam. Rule 17.(d) provides that an attorney who is not a member of the Guam bar must submit an application to appear Pro Hac Vice, which application must be accompanied by a $100 fee. As well, Rule 17.1(3) requires that an attorney appearing Pro Hac Vice shall designate an attorney who is an active member in good standing of the Bar, to appear as co-counsel.

The United States has received no notice that Mr. LaBahn has applied to this Court for leave to appear Pro Hac Vice, nor has the United States received notice of designation of a Guam attorney as co-counsel. Local Rule 18.1 provides that only an attorney authorized by these Rules to practice before this Court may enter appearances for a party. Accordingly, Mr. LaBahn is prohibited by Rule 17.1 from appearing before this Court, and the Claim and Answer filed by him on behalf of Khanh Huynh should be stricken.

RESPECTFULLY SUBMITTED this 11 day of March, 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney