2002 Lexus.CER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 03-00042 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ONE 2002 LEXUS AUTOMOBILE, ) MODEL RX300, VIN JTJHF10U520277477, ) | |
| Defendant. ) | |

    I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on March 11, 2004, I caused to be served, by facsimile transmission and U.S. Postal Service, a filed copy of the foregoing document: **United States Motion for Order to Show Cause Why the Claim and Answer of Khanh Huynh Should Not be Stricken**, in the above-referenced case to the following party: William S. Labahn, Attorney at Law, 132 East Broadway, Suite 331, Eugene, Oregon 97401, Fax No. (541) 344-7022.

DATED: 3/11/04

CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney