1  2002 Lexus.MTV

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Agana, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

               FOR THE TERRITORY OF GUAM

10

11  UNITED STATES OF AMERICA,        )    CIVIL CASE NO. 03-00042
                                     )
12              Plaintiff,           )
                                     )
13       vs.                         )    **MOTION TO VACATE SCHEDULING
                                     )    ORDER FOR REASON THERE IS
14  ONE 2002 LEXUS AUTOMOBILE,       )    NO COUNSEL OF RECORD**
    MODEL RX300,                     )
15  VIN JTJHF10U520277477,           )
                                     )
16              Defendant,           )
                                     )
17  KHANH AI HUYNH,                  )
                                     )
18              Claimant.            )
                                     )
19  ─────────────────────────────────)

20       COMES NOW the plaintiff United States of America, by and through its attorneys,

21  Leonardo M. Rapadas, United States Attorney, and Karon V. Johnson, Assistant United States

22  Attorney, and respectfully moves this Honorable Court for an order vacating the Scheduling

23  Order filed in this action. The United States makes this motion because as of this date, the

24  Claimant Khanh Ai Huynh has not appeared through local counsel as required by Local Rule

25  17.1(d) and 17.1((3). Nor, has Claimant Khanh Ali Huynh appeared pro se. There are no pro se

26  litigants or claimants in this case. This places the government in an untenable position. The

27

28                                     -1-

ORIGINAL

FILED
DISTRICT COURT OF GUAM

APR 07 2004

MARY L. M. MORAN
CLERK OF COURT

1  Amended Scheduling Order filed March 8, 2004, directs the parties to "meet and confer". The

2  government has no local counsel to confer with, and it is ethically prohibited from contacting the

3  claimant directly.

4       Accordingly, because the United States cannot comply with the Amended Scheduling

5  Order of March 8, 2004, it hereby moves this Honorable Court to vacate the order.

6       Respectfully submitted this ___7___ day of April, 2004.

7                 LEONARDO M. RAPADAS
               United States Attorney

8                 Districts of Guam and the NMI

10       By:

               KARON V. JOHNSON

11                 Assistant U.S. Attorney

-2-