FILED
DISTRICT COURT OF GUAM
APR - 8 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 03-00042 |
| Plaintiff, | |
| vs. | |
| ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477, | ORDER |
| Defendant, | |
| KHANH AI HUYNH, | |
| Claimant. | |

This case was scheduled to come before the Court for a Scheduling Conference on April 7, 2004. Pursuant to an Amended Scheduling Notice issued by the Court on March 8, 2004, the parties were directed to submit a proposed Scheduling Order and Discovery Plan no later than March 23, 2004. The Amended Scheduling Notice also stated that "Plaintiffs' counsel . . . must take the lead in the preparation of the Scheduling Order." Amended Scheduling Notice at ¶3, Docket Number 7a (March 8, 2004).

On April 7, 2004, the Government filed a Motion to Vacate Scheduling Order (sic) for Reason There is No Counsel of Record. The Government stated that the claimant had not appeared through local counsel as required by the Local Rules,[1] nor had she appeared *pro se*.

---

[1] On February 27, 2004, the claimant filed a Notice of Claim by and through her attorney William S. Labahn. Additionally, Attorney Labahn filed a Notice of Appearance and an Answer to the Complaint. Because Attorney Labahn was not admitted to the bar of this

The Government contended that it was in an "untenable position" as it was directed to "meet and confer" in formulating the proposed Scheduling Order and Discovery Plan, yet it had no local counsel with whom it could confer and was ethically prohibited from contacting the claimant directly.

While the Court can understand the "predicament" the Government believed it was in, the Court nonetheless believes that the Government's motion was not timely filed. At the very least, the Government should have filed its motion on the due date of the proposed Scheduling Order and Discovery Plan.

The Court hereby vacates the April 7, 2004 Scheduling Conference. The Government is ordered to submit a proposed Scheduling Order and Discovery Plan no later than April 23, 2004. The proposed Scheduling Order and Discovery Plan is due regardless of whether the Government was able to "meet and confer" with the claimant or claimant's counsel in formulating it. No ruling on the Government's motion is necessary as it is now moot.

SO ORDERED this 8th day of April, 2004.

_____
JOHN S. UNPINGCO
District Judge

---

Court, the Court struck the Notice of Appearance and the Answer on March 10, 2004. However, so as not to prejudice the claimant's right to assert a timely interest in the subject property, the Court did not strike the Notice of Claim.