Veronica I. Valda, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: nexus507v@yahoo.com

Attorney for Ms. Khanh Huynh,
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ONE 2002 LEXUS AUTOMOBILE, etc., ) <br> ) <br> Defendant. ) <br> ) <br> ) | CV No. 03-00042 <br><br> PETITION FOR <br> ADMISSION PRO <br> HAC VICE |

COMES NOW Veronica I. Valda, Esq., and moves pursuant to GR 17.1, Local Rules of the District Court of Guam, for admission to practice before the District Court of Guam, District of Guam, and submits the following information as required by Rule.

1. My residence is:

    2539 Willakenzie Road, Apt. # 3
    Eugene, Oregon 97401

2. My office address is:

    132 East Broadway, Suite 331
    Eugene, Oregon 97401.

Petition for Admission Pro Hac Vice - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

**ORIGINAL**

3. Courts to which I have been admitted to practice and date(s) of admission:

    Oregon: April, 2002
    District of Oregon: Pending Application for Admission

DATED this 30th day of March, 2004.

*/s/ Veronica I. Valda*
Veronica I. Valda

Petition for Admission Pro Hac Vice - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042