Veronica I. Valda, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: nexus507v@yahoo.com

Attorney for Ms. Khanh Huynh
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV No.003-00042 |
| Plaintiff, | ) | |
| vs. | ) | |
| ONE 2002 LEXUS AUTMOBILE, etc., | ) | CERTIFICATION |
| Defendant, | ) | |
| KHANH HUYNH, | ) | |
| Claimant. | ) | |

State of Oregon )
               ) ss.:
County of Lane )

I, Veronica I. Valda, Esq., being duly sworn, depose and say the following under penalty of perjury:

1. I submit this certification in support of the annexed petition for admission *pro hac vice* in order to appear as attorney of record for a client of this law office in the above-captioned

Certification In Support of Petition for Admission Pro Hac Vice - 1
United States v. One 2002 Lexus Automobile
USDC No. CV 03-00042

civil forfeiture case. I am an associate in the Law Offices of William S. Labahn, P.C., attorneys for Ms. Khanh Huynh, a claimant to the property in question.

2. I certify that I am not a resident of Guam, that I am not regularly employed in Guam, and that I am not regularly engaged in business, professional or other activities in Guam.

3. My residence and office addresses are as stated in the annexed petition for temporary admission.

4. I am a member in good standing and eligible to practice in the bar(s) listed on the annexed petition, and I am not currently suspended or disbarred in any other court.

5. I have not made any prior *pro hac vice* applications within the past years.

_____
Veronica Valda, Esq.

SUBSCRIBED AND SWORN TO before me this 30 day of March 2004:

_____
Notary Public: State of Oregon
My commission expires: 2-17-06



OFFICIAL SEAL
WILLIAM S. LaBAHN
NOTARY PUBLIC-OREGON
COMMISSION NO. 352731
MY COMMISSION EXPIRES FEBRUARY 17, 2006

Certification In Support of Petition for Admission Pro Hac Vice - 2
United States v. One 2002 Lexus Automobile
USDC No. CV 03-00042

# CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, and by faxing same to the person(s) or party(ies) below on the 31st day of March 2004:

Frederick J. Kerley, Esq.  
Attorney At Law  
Pacific News Building, Suite 907  
238 Archbishop Flores Street  
Hagatna, Guam 96910  
Facsimile: (671) 477-7009

Karon V. Johnson, Esq.  
Assistant U.S. Attorney  
District of Guam  
Suite 500, Sirena Plaza  
108 Hernan Cortez Avenue  
Agana, Guam 96910  
Facsimile: 9671) 472-7334

Dated this 31st day of March 2004 at Eugene, Oregon.

_Veronica I. Valda_

Certificate of Service - 1  
U.S. v. One 2002 Lexus Automobile  
USDC No. CV 03-00042