Veronica I. Valda, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: nexus507v@yahoo.com

Attorney for Ms. Khanh Huynh,
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 03-00042 |
| Plaintiff, | ) ORDER |
| vs. | ) |
| ONE 2002 LEXUS AUTOMOBILE, etc., | ) |
| Defendant. | ) |

The petition of Veronica I. Valda, Esq. for admission to practice before the District Court of Guam, District of Guam, comes on for review by the Court and said petition being supported by certificates required by GR 17.1, Local Rules of the District of Guam, and for good cause shown,

IT IS THEREFORE ORDERED that the petition of Veronica I. Valda for temporary admission to practice before the District Court of Guam is hereby granted and that said applicant be admitted upon signing the prescribed oath and by paying the prescribed fee.

Order Granting Petition for Admission Pro Hac Vice - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

DATED this 15th day of April, 2004.

*[signature]*

JOHN S. UNPINGCO
Judge, District Court of Guam

RECEIVED
APR 13 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Order Granting Petition for Admission Pro Hac Vice - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042