Veronica I. Valda, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: nexus507v@yahoo.com

FILED
DISTRICT COURT OF GUAM
APR 21 2004
MARY L. M. MORAN
CLERK OF COURT

17

Attorney for Ms. Khanh Huynh
Claimant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>ONE 2002 LEXUS AUTMOBILE, etc.,<br><br>       Defendant,<br><br>KHANH HUYNH,<br><br>       Claimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CV    No.003-00042

ANSWER TO COMPLAINT
*IN REM* FOR
FORFEITURE

DEMAND FOR
JURY TRIAL

Claimant KHANH HUYNH, through her attorney, Veronica I. Valda, Esq.

1.  Admits the allegation in ¶ 1 of the verified complaint ("complaint" hereafter) that this is a civil action *in rem* seeking the forfeiture of a vehicle, one 2002 Lexus automobile, Model RX300, VIN JTJHF10U520277477. All other allegations contained in ¶ 1 of the complaint are denied.

2.  Denies the allegations contained in ¶ 2 of the complaint.

Answer - 1
(United States v. One 2002 Lexus Automobile, etc., USDC No. CV 03-00042)

LAW OFFICES OF WILLIAM S. LABAHN, P.C. · 132 EAST BROADWAY, SUITE 331 · EUGENE, OREGON 97401 · TELEPHONE (541) 344-7004 · FAX (541) 344-7022

3. Admits the allegations contained in ¶ 3 of the complaint.

4. Regarding the allegations contained in ¶ 4 of the complaint, claimant denies that venue is proper in this district. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in ¶ 4 and for that reason they are denied.

5. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 5 of the complaint and for that reason they are denied.

6. Denies the allegations contained in ¶ 6.

7. Lacks information knowledge or sufficient to form a belief as to the truth of the allegations contained in ¶ 7 and for that reason they are denied.

8. All other allegations of the complaint not specifically admitted are denied.

### FIRST AFFIRMATIVE DEFENSE

9. The seizure of the defendant property and all searches and seizures derivative thereof or generating evidence in support of the allegations of the complaint regarding forfeiture of the defendant *res* were unlawful and in violation of the Fourth and Fourteenth Amendments to the U.S. Constitution.

### SECOND AFFIRMATIVE DEFENSE

10. Claimant alleges that the forfeiture of the defendant *res* violates the Fifth Amendment to the U.S. Constitution, by

Answer - 2
(United States v. One 2002 Lexus Automobile, etc., USDC No. CV 03-00042)

LAW OFFICES OF WILLIAM S. LABAHN, P.C. • 132 EAST BROADWAY, SUITE 331 • EUGENE, OREGON 97401 • TELEPHONE (541) 345-7004 • FAX (541) 345-7022

improperly allocating the burden of proof and of going forward, by improperly allocating the quantum of proof, and by otherwise depriving claimant of the protections afforded defendants in a criminal proceeding.

### THIRD AFFIRMATIVE DEFENSE

11.   Claimant alleges that the search and seizure of defendant *res* and the requirements of this civil forfeiture action violate claimant's protection against self-incrimination guaranteed under the Fifth Amendment to the U.S. Constitution.

### FOURTH AFFIRMATIVE DEFENSE

12.   Plaintiff lacks sufficient probable cause for belief that a substantial connection exists between the alleged criminal conduct or activity and the defendant *res*.

### FIFTH AFFIRMATIVE DEFENSE

13. The complaint fails to state a claim upon which relief can be granted.

### SIXTH AFFIRMATIVE DEFENSE

14. Claimant is an innocent owner of the defendant *res*.

### SEVENTH AFFIRMATIVE DEFENSE

15.   The forfeiture of the defendant *res* is excessive and violates claimant's rights under the Eighth Amendment to the U.S. Constitution.

### FIRST COUNTERCLAIM

16.   Pursuant to 28 U.S.C. §2465, in the event claimant

Answer - 3
(United States v. One 2002 Lexus Automobile, etc., USDC No. CV 03-00042)

LAW OFFICES OF WILLIAM S. LABAHN, P.C. • 132 EAST BROADWAY, SUITE 331 • EUGENE, OREGON 97401 • TELEPHONE (541) 344-7004 • FAX (541) 344-7022

substantially prevails in this action she is entitled to reasonable attorney fees, litigation costs, post-judgment interest, and any interest actually paid to plaintiff, or any imputed interest on the defendant *res*.

## DEMAND FOR JURY TRIAL

17. Claimant demands trial by jury for all issues raised by her answer, defenses, and counter-claim.

WHEREFORE, claimant prays for judgment as follows:

1. Dismissing plaintiff's complaint with prejudice; and

2. Denying issuance of a certificate of probable cause; and

3. Awarding claimant reasonable attorney fees, her litigation costs, post-judgment interest, and an amount equal to any interest actually paid to plaintiff, or an amount of imputed interest on the defendant *res*; and

4. For such other and further relief as the court deems just and proper under the circumstances.

Dated this 30th day of March 2004, at Eugene, Oregon.

Law Offices of William S. Labahn, P.C.
Attorney for Claimant

By: _____
Veronica I. Varda

LAW OFFICES OF WILLIAM S. LABAHN, P.C. • 132 EAST BROADWAY, SUITE 531 • EUGENE, OREGON 97401 • TELEPHONE (541) 344-7904 • FAX (541) 344-7022

STATE OF OREGON )
                 ) ss.:
LANE COUNTY      )

    I, Veronica I. Valda, Esq., being duly sworn, depose and say the following under penalty of perjury:

    I am the attorney of record for Ms. Khanh Huynh, claimant in the above-captioned *in rem* forfeiture action, and that the foregoing answer and counter-claim is made on the basis of information furnished by claimant and other sources, which I verily believe.



Veronica I. Valda

SUBSCRIBED AND SWORN TO before me this 30th day of March 2004:

Notary Public: State of Oregon
My commission expires: 2-17-06

OFFICIAL SEAL
**WILLIAM S. LaBAHN**
NOTARY PUBLIC-OREGON
COMMISSION NO. 352731
MY COMMISSION EXPIRES FEBRUARY 17, 2006

Answer - 5
(United States v. One 2002 Lexus Automobile, etc., USDC No. CV 03-00042)

LAW OFFICES OF WILLIAM S. LaBAHN, P.C. • 132 EAST BROADWAY, SUITE 531 • EUGENE, OREGON 97401 • TELEPHONE (541) 344-7004 • FAX (541) 344-7022

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, addressed to the person(s) or party(ies) below on the /6_th day of _April_ 2004:

Karon V. Johnson, Esq.          Frederick J. Kerley, Esq.
Assistant U.S. Attorney          Attorney At Law
District of Guam                 Pacific News Building
Suite 500, Sirena Plaza          Suite 907
108 Hernan Cortez Avenue         238 Archbishop Flores Street
Agana, Guam 96910                Hagatna, Guam 96910
Facsimile No. (671) 472-7334

Dated this _16_ day of _April_, 2004 at Eugene, Oregon.

_Veronica I. Valda_
Veronica I. Valda

LAW OFFICES OF WILLIAM S. LABAHN, P.C. • 132 EAST BROADWAY, SUITE 331 • EUGENE, OREGON 97401 • TELEPHONE (541) 344-7004 • FAX (541) 344-7022

Answer - 6
(United States v. One 2002 Lexus Automobile, etc., USDC No. CV 03-00042)