Veronica I. Valda, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: nexus507v@yahoo.com
**Oregon Bar# 02082**

Attorney for Ms. Khanh Huynh,
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV No. 03-00042 |
| Plaintiff, ) | NOTICE OF APPEARANCE |
| vs. ) | |
| ONE 2002 LEXUS AUTOMOBILE, etc., ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney of record for Ms. Khanh Huynh, claimant to the *res* which is the subject-matter of the above-captioned *in rem* proceeding. Please direct all future correspondence, communications, etc., regarding this case to the undersigned at her Oregon office.

Dated this 16th day of April 2004 at Eugene, Oregon.

Law Offices of William S. Labahn, P.C.
Attorney for Claimant

By: /s/ Veronica
Veronica I. Valda, OSB# 02082

Notice of Appearance - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, by mailing or faxing same to the person(s) or party(ies) below on the 16th day of April 2004:

Karon V. Johnson, Esq.
Assistant U.S. Attorney
District of Guam
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telecopier No. (671) 472-7334
(Fax and Mail)

Frederick J. Kerley, Esq.
Attorney At Law
Pacific News Building
Suite 907
238 Archbishop Flores Street
Hagatna, Guam 96910
(Mail)

Dated this 16th day of April, 2004 at Eugene, Oregon.

Veronica I. Valda

Notice of Appearance - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042