2002 Lexus.SCH

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR 27 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 03-00042 |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ SCHEDULING ORDER |
| ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477, | |
| Defendant, | |
| KHANH AI HUYNH, | |
| Claimant. | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: The United States has filed a forfeiture action against said res, on the grounds that it represents the proceeds of illegal trafficking in controlled substances. The Claimant Khanh Ai Huynh has asserted

-1-

that she is an innocent purchaser of said res, and that it should be returned to her.

2. The posture of the case is as follows:

    a) The following motions are on file: **None.**

    b) The following motions have been resolved: **None.**

    c) The following discovery has been initiated: None to date.

3. All motions to add parties and claims shall be filed on or before: **June 30, 2004.**

4. All motions to amend pleadings shall be filed on or before: **June 30, 2004.**

5. Status of Discovery:

    a) The times disclosure under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows: **June 15, 2004.**

    b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery: **The United States intends to submit all documents related to the purchases and sales of said res, and statements from various witnesses concerning the claimant's good faith purchase of said res. Claimant intends to seek discovery of all issues alleged in the petition and supporting documents.**

6. The parties shall appear before the District Court on **June 15, 2004, at 3:30 p.m.** for the Scheduling Conference. Claimant and her attorney may appear by telephone and by local counsel.

Case 1:03-cv-00042   Document 22   Filed 04/27/2004   Page 2 of 4

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: **Not necessary.**

8. a) There are no anticipated discovery motions at this time.

b) The anticipated dispositive motions are: **None at this time.**

All dispositive motions shall be filed **on or before July 30, 2004** and heard **on or before September 1, 2004.**

9. The prospects for settlement are: **Unknown at present time.**

10. The Preliminary Pretrial Conference shall be held on **September 10, 2004, at 3:30 p.m.** (No later than twenty-one (21) days prior to trial date).

11. No pretrial materials, discovery materials, witness lists, designations and exhibits are necessary.

12. The Proposed Pretrial Order shall be filed on or before the **September 17, 2004.** (No later than fourteen (14) days prior to trial).

13. The Final Pretrial Conference shall be held on **September 27, 2004, at 3:30 p.m.** (Seven (7) days prior to trial).

14. The trial shall be held on **October 4, 2004, at 9:30 a.m.** (In no event shall the trial be later than 18 months after the complaint is filed, unless the Court otherwise allows).

15. The trial is to the jury.

16. It is anticipated that it will take two (2) days to try

this case.

17. The names of counsel on this case are:

Karon V. Johnson, Assistant U.S. Attorney for Plaintiff.

Veronica Valda and Frederick Kerley for Claimant

18. The parties do wish to submit the case to a settlement conference.

19. The parties present the following suggestions for shortening trial: **None at this present time.**

20. The following issues will also affect the status or management of the case: **None known at present.**

DATED this _26_ day of April, 2004.

_____
JOHN S. UNPINGCO
Chief Judge
District Court of Guam

APPROVED AS TO FORM AND CONSENT:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____     _____
KARON V. JOHNSON                         VERONICA I. VALDA
Assistant U.S. Attorney                  and FREDERICK J. KERLEY
Attorney for Plaintiff                   Attorneys for Claimant

Dated: APR 2 3 2004                      Dated: 4/23/04

-4-

RECEIVED APR 23 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM