Veronica I. Valda, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: nexus507v@yahoo.com
**Oregon Bar# 02082**

Attorney for Ms. Khanh Huynh,
Claimant

FILED
DISTRICT COURT OF GUAM
APR 28 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV No. 03-00042 |
| Plaintiff, | UNOPPOSED MOTION TO ACCEPT *NUNC PRO TUNC* FILING OF CLAIMANT'S ANSWER |
| vs. | |
| ONE 2002 LEXUS AUTOMOBILE, etc., | |
| Defendant. | |

Claimant, Ms. Khanh Huynh, through her counsel, respectfully moves the court for an order directing that claimants answer be accepted for filing *nunc pro tunc* to February 27, 2004.

The government, through its attorney, Assistant U.S. Attorney Karon V. Johnson, Esq., does not oppose the motion.

Dated this 21st day of April 2004 at Eugene, Oregon.

Law Offices of William S. Labahn, P.C.
Attorney for Claimant

By: /s/ Veronica I. Valda
Veronica I. Valda, OSB# 02082

Unopposed Motion to Accept Nunc Pro Tunc Filing of Answer - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

LAW OFFICES OF
WILLIAM S. LABAHN, P.C.
132 EAST BROADWAY, SUITE 331
EUGENE, OREGON 97401

ALASKA OFFICE
1522 Rosemary
ANCHORAGE, ALASKA 99508
(888) 344-4277

TELEPHONE: (541) 344-7004
FACSIMILE: (541) 344-7022
e-mail: labahnesq@aol.com

April 21, 2004

Clerk of the Court
United States District Court
District of Guam
520 West Soledad Avenue
Hagatna, Guam 96910

    Re: *United States of America v. One 2002 Lexus Automobile*
        USDC # CV 03-00042

Dear Sir or Madam,

Enclosed is the following (original and 1 copy) for filing in the above-captioned action: (1) claimant Khanh Huynh's unopposed motion to accept the *nunc pro tunc* filing of her answer, and (2) form of order, along with the certificate of service on AUSA Karon V. Johnson, Esq., and Mr. Kerley, local counsel.

Please let me know if there are any questions. Thank you for your anticipated courtesy and cooperation.

Respectfully yours,

Law Offices of William S. Labahn, P.C.
Attorneys for Claimant Khanh Huynh

*[signature]*

Veronica I. Valda

VIV/mg
Enc. (as described)
Cc (w/ enc.): Karon V. Johnson, Esq.
              Assistant U.S. Attorney
              Frederick J. Kerley, Esq.
              Client

RECEIVED
APR 28 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM