2002 Lexus.SER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 03-00042 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ONE 2002 LEXUS AUTOMOBILE, ) MODEL RX300, ) VIN JTJHF10U520277477, ) | |
| Defendant, ) | |
| KHANH AI HUYNH, ) | |
| Claimant. ) | |

I, Carmelleta San Nicolas, working in the United States Attorney's Office hereby certify that on April 29, 2004, I caused to be served by U.S. Postal Service and by facsimile transmission a filed copy of the **Scheduling Order**, in the above-referenced case to the following parties: Veronica I. Valda, Esq., 132 East Broadway, Suite 331, Eugene, Oregon 97401 and

\\
\\
\\

-1-

1 | Frederick J. Kerley, Esq., Pacific News Building, Suite 907, 238 Archbishop Flores Street,
2 | Hagatna, Guam 96910.
3 | Respectfully submitted this 29th day of April, 2004.

CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney