FILED
DISTRICT COURT OF GUAM
APR 3 0 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV No. 03-00042 |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | CLAIMANT'S MOTION |
| vs. ) | TO ACCEPT *NUNC PRO TUNC* |
| ) | FILING OF HER ANSWER |
| ONE 2002 LEXUS AUTOMOBILE, etc., ) | |
| ) | |
| Defendant. ) | |

THIS MATTER came before the court on claimant Huynh's motion to accept filing of her answer *nunc pro tunc* to February 27, 2004.

The government does not oppose the motion.

The motion is granted.

IT IS SO ORDERED this 30th day of April 2004:

JOHN S. UNPINGCO
Chief Judge
District Court of Guam

RECEIVED
APR 28 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Order Granting Unopposed Motion to Accept Nunc Pro Tunc Filing of Answer - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

Case 1:03-cv-00042   Document 25   Filed 04/30/2004   Page 1 of 1