2002Lexus.CER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG -9 2004
MARY L. M. MORAN
CLERK OF COURT

23

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE,<br>MODEL RX 300,<br>VIN JTJHF10U520277477,<br><br>Defendant. | CIVIL CASE NO. 03-00042<br><br>**CERTIFICATE OF SERVICE** |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on July 20, 2004, I caused to be served, by federal express service, a copy of the foregoing documents: **Plaintiff's First Set of Interrogatories**, in <u>United States vs. One 2002 Lexus Automobile, Model RX 300, VIN JTJHF10U520277477</u>, Civil Case No. 03-00042 to the following individual: Attorney William Labahn, 132 E. Broadway, Ste. 331, Eugene, OR 97401.

DATED: 8/6/04

_____
CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney

ORIGINAL