DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
SEP 13 2004
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 03-00042 |
| Plaintiff, | |
| vs. | |
| ONE 2002 LEXIS AUTOMOBILE, MODEL RX 300, VIN JTJHF10U520277477, | MINUTES |
| Defendant. | |

( ) SCHEDULING CONFERENCE   (√) PRELIMINARY PRETRIAL CONFERENCE
September 10, 2004 at 3:50 p.m.

( ) FINAL PRETRIAL CONFERENCE   ( ) OTHER

**Note(s)**: Attorney Karon V. Johnson, appeared for the plaintiff. Neither on island counsel, Mr. Frederick J. Kerley, nor off-island counsel, Ms. Veronica I. Valda, appeared on behalf of their client, the claimant, Ms. Khanh Huynh.[1] The Court discussed with counsel the status of the case.

---

[1] Attorney William S. LaBahn, filed a Notice of Claim on behalf of the claimant on February 27, 2004, however, because he was not admitted to the bar of this Court, the Court struck the filing. Thereafter, Mr. LaBahn's associate Ms. Veronica I. Valda filed a petition for

1  Attorney Johnson informed the Court that she was having difficulty obtaining discovery from
2  counsel Mr. William S. Labahn. Counsel stated that she was considering a motion to compel
3  discovery. Otherwise, she represented that the Government was prepared to proceed to trial as
4  scheduled on October 4, 2004. The Court ordered counsel to prepare a pre-trial order and trial
5  documents in accordance with the Local Rules.
6  Dated: September 10, 2004.

**KIM R. WALMSLEY**
Law Clerk

---

admission *pro hac vice* on April 13, 2004. The Court approved the petition by Order filed on April 15, 2004. However, it is noted that Mr. LaBahn has never filed such a petition, nor has the Court granted him temporary admission to practice in this District.