William S. Labahn
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com
**Oregon Bar# 90001**

Attorney for Ms. Khanh Huynh,
Claimant



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CV No. 03-00042 |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION FOR ORDER ) PERMITTING FILING OF FACSIMILE ) COPIES OF PLEADINGS |
| ONE 2002 LEXUS AUTOMOBILE, etc., | ) |
| Defendant. | ) |

Defendant, through her attorney, respectfully moves the court for an order permitting her to file facsimile copies of the annexed petition for admission pro hac vice, supporting certification, designation of local counsel, and the annexed motion for trial set-over from October 4, 2004 to the following month. If the court grants the motion the originals will be delivered by courier to local counsel who will file them immediately.

This motion is based on the shortness of time left before the trial, because the clerk advises me that the jury notices must be

Motion for Order Permitting Filing of Facsimile Copies of Pleadings - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

**ORIGINAL**

Case 1:03-cv-00042    Document 28    Filed 09/17/2004    Page 1 of 3

sent out no later than Monday, September 20, and because my office is so far away from Guam that the originals won't make it there before Monday.

This motion is supported by the annexed declaration of William S. Labahn, Esq., dated September 15, 2004.

Dated this 15th day of September 2004 at Eugene, Oregon.

Law Offices of William S. Labahn, P.C.
Attorney for Claimant

By: /s/ William S. Labahn
William S. Labahn, OSB# 90001

Motion for Order Permitting Filing of Facsimile Copies of Pleadings - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, and by faxing same to the person(s) or party(ies) below on the 15th day of September 2004:

| | |
|---|---|
| Frederick J. Kerley, Esq.<br>Attorney At Law<br>Pacific News Building, Suite 907<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910<br>Facsimile: (671) 477-7009 | Karon V. Johnson, Esq.<br>Assistant U.S. Attorney<br>District of Guam<br>Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue<br>Agana, Guam 96910<br>Facsimile: 9671) 472-7334 |

Dated this 15th day of September 2004 at Eugene, Oregon.

*/s/ William Labahn*
William S. Labahn

Certificate of Service - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042