1  FREDERICK J. KERLEY
   ATTORNEY AT LAW
2  Suite 907, Pacific News Building
   238 Archbishop F.C. Flores Street
3  Hagåtña, Guam 96910
   Telephone No.: (671) 477-7008
4  Facsimile No.: (671) 477-7009

FILED
DISTRICT COURT OF GUAM

SEP 17 2004

MARY L. M. MORAN
CLERK OF COURT

26

5  Designated Local Counsel for Claimant Khanh Ai Huynh

6  WILLIAM S. LABAHN, ESQ.
   LAW OFFICES OF WILLIAM S. LABAHN, P.C.
7  132 East Broadway, Suite 331
   Eugene, Oregon 97401
8  Telephone No.: (541) 344-7004
   Facsimile No.: (541) 344-7022
9
   Counsel for Claimant Khanh Ai Huynh
10

11              IN THE UNITED STATES DISTRICT COURT

12                      TERRITORY OF GUAM

13
   UNITED STATES OF AMERICA,          )   CIVIL CASE NO. 03-00042
14                                     )
              Plaintiff,               )
15                                     )
        vs.                            )   DECLARATION OF FREDERICK J.
16                                     )   KERLEY RE: FILING OF FACSIMILES
   ONE 2002 LEXUS AUTOMOBILE,         )
17 MODEL RX300,                       )
   VIN: JTJHF10U520277477,            )
18                                     )
              Defendant.               )
19                                     )
   KHANH AI HUYNH,                     )
20                                     )
              Claimant.                )
21 _____)

22

23      I, FREDERICK J. KERLEY, being duly sworn, depose and state as follows:

24      1.      The matters set forth in this declaration are based upon my personal

25 knowledge, and I would be competent to testify to them if called as a witness.

26      2.      I was designated as local counsel by an attorney working for the Law Offices

27 of William S. Labahn, namely Veronica I. Valda, in conjunction with her petition for

**ORIGINAL**

1  admission *pro hac vice* to appear in this civil forfeiture action as attorney of record for a
2  client of that law firm, namely Ms. Khahn Ai Huynh, a claimant to the *res*.

3      3.      Because Ms. Valda is no longer associated with the Law Office of William S.
4  Labahn, he is submitting a petition for his admission *pro hac vice*, supporting certification
5  and designation of local counsel.

6      4.      As part of my services as local counsel in this action, late yesterday I
7  received via facsimile from William S. Labahn his Petition for Admission *Pro Hac Vice*,
8  supporting  Certification, and Designation of Local Counsel, true and correct copies of
9  which facsimiles are attached to this Declaration and incorporated herein by reference.

10     5.      The originals of Mr. Labahn's Petition for Admission *Pro Hac Vice*, supporting
11  Certification, and Designation of Local Counsel are being forwarded to me by courier to
12  expedite delivery.

13     6.      Trial of this case is presently scheduled to commence on October 4, 2004,
14  at 9:30 a.m.

15     7.      Due to a variety of other pressing matters, attorney William S. Labahn has
16  requested the attorney for the Plaintiff United States of America, namely AUSA Karon
17  Johnson, for a four (4) week continuance of the trial date, which she does not oppose,
18  provided certain conditions are imposed. These matters are explained in the Declaration
19  of William S. Labahn in Support of Unopposed Motion to Reset Trial and for Expedited
20  Consideration and Ruling on the Motion, and to Accept Facsimile Filing. A true and correct
21  copy of the facsimile of that Declaration is also attached hereto, the original of which is also
22  being sent to me by courier.

23     8.      Because this case is scheduled to be tried to a jury, the juror summonses
24  have to be sent out in the very near future if trial is to proceed as presently scheduled on
25  October 4, 2004. Chief Deputy Clerk for the District Court, Rosita San Nicolas, said that
26  those summonses will need to be mailed out by Monday, September 20, 2004.

27

2

9.     As local counsel, late yesterday I also received via facsimile from William S. Labahn an Unopposed Motion to Continue Trial and for Expedited Consideration and Ruling on the Motion, Motion for Order Permitting Filing of Facsimile Copies and a Proposed Order, true and correct copies of which facsimiles are also attached to this Declaration and incorporated herein by reference. The originals of these documents are also being forwarded to me by courier.

10.     Due to the time constraints and distances involved, it will not be possible to receive the originals of any of these documents so that the motion to continue trial can be heard before the September 20, 2004 deadline for mailing out juror summonses.

11.     Therefore, I respectfully request that the Court accept the attached facsimile copies pending receipt of the originals. Upon receipt of the originals of all the referenced documents, I will without delay deliver them to the Clerk of the District Court of Guam for filing in this action in place of the attached facsimiles.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct .

EXECUTED this 17th day of September, 2004, in Hagåtña, Guam.

FREDERICK J. KERLEY

3

William S. Labahn, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com

Attorney for Ms. Khanh Huynh
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  CV    No.003-00042 |
|                   Plaintiff, | ) |
| vs. | ) |
| ONE 2002 LEXUS AUTMOBILE, etc., | ) PETITION FOR |
|                   Defendant, | ) ADMISSION PRO |
| KHANH HUYNH, | ) HAC VICE |
|                   Claimant. | ) |

COMES NOW William S. Labahn, Esq., and pursuant to GR 17.1, Local Rules of the District Court of Guam, District of Guam, and submits the following information as required by Rule.

1. My residence is 251 West Broadway, Apt. 211, Eugene, Oregon 97401.

2. My office address is: 132 East Broadway, Suite 320, Eugene, Oregon 97401.

3. Courts to which I have been admitted to practice and date(s) of admission: Alabama (1975), Alaska (1983), New York (1981), Oregon (1990), USDC (EDNY, 1985), SDNY (1982), D.Or (1990), D. Alaska (1992), Ninth Circuit Court of Appeals (1993).

Dated this 15th day of September 2004.

William S. Labahn

Petition for Admission Pro Hac Vice - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, and by faxing same to the person(s) or party(ies) below on the 15th day of September 2004:

Frederick J. Kerley, Esq.
Attorney At Law
Pacific News Building, Suite 907
238 Archbishop Flores Street
Hagatna, Guam 96910
Facsimile: (671) 477-7009

Karon V. Johnson, Esq.
Assistant U.S. Attorney
District of Guam
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Facsimile: 9671) 472-7334

Dated this 15th day of September 2004 at Eugene, Oregon.

William S. Babahn

William S. Labahn, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com

        Attorney for Ms. Khanh Huynh
        Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,                    )    CV        No.003-00042
                                             )
            Plaintiff,                       )
                                             )
    vs.                                      )
                                             )
ONE 2002 LEXUS AUTMOBILE, etc.,              )    CERTIFICATION
                                             )
            Defendant.                       )
                                             )
KHANH HUYNH,                                 )
                                             )
            Claimant.                        )
                                             )
                                             )

        State of Oregon)
                       )  ss.:
        County of Lane )

        I, William S. Labahn, Esq., being duly sworn, depose and say

the following under penalty of perjury:

        1. I submit this certification in support of the annexed

petition for admission *pro hac vice* in order to appear as attorney

of record for my client in the case captioned *United States of*

Certification In Support of Petition for Admission Pro Hac Vice - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

America v. One 2002 Lexus Automobile, etc., civil case no. 003-00042.

2. I certify that I am not a resident of Guam, that I am not regularly employed in Guam, and that I am not regularly engaged in business, professional or other activities in Guam.

3. My residence and office addresses are as stated in the annexed petition for temporary admission.

4. I am a member in good standing and eligible to practice in the bars listed on the annexed petition, and I am not currently suspended or disbarred in any other court.

5. I have not made any prior pro hac vice applications within the past years.

_William S. Labahn_
William S. Labahn, Esq.

SUBSCRIBED AND SWORN TO before me this 15th day of September 2004.

_Beverly V. Robertson_
Notary Public: State of Oregon
My commission expires: July 29, 2008

OFFICIAL SEAL
BEVERLY V ROBERTSON
NOTARY PUBLIC - OREGON
COMMISSION NO. 381807
MY COMMISSION EXPIRES JULY 29, 2006

Certification In Support of Petition for Admission Pro Hac Vice - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

Case 1:03-cv-00042    Document 29    Filed 09/17/2004    Page 8 of 22

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, and by faxing same to the person(s) or party(ies) below on the 15th day of September 2004:

Frederick J. Kerley, Esq.
Attorney At Law
Pacific News Building, Suite 907
238 Archbishop Flores Street
Hagatna, Guam 96910
Facsimile: (671) 477-7009

Karon V. Johnson, Esq.
Assistant U.S. Attorney
District of Guam
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Facsimile: 9671) 472-7334

Dated this 15th day of September 2004 at Eugene, Oregon.

_William S. Labahn_
William S. Labahn

Certificate of Service - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

William S. Labahn, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com

Attorney for Ms. Khanh Huynh
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 03-00042 |
| Plaintiff, | ) |
| vs. | ) |
| ONE 2002 LEXUS AUTMOBILE, etc., | ) DESIGNATION OF LOCAL |
| | ) COUNSEL AND CONSENT |
| Defendant, | ) (GR 17.1(e)) |
| KHANH HUYNH, | ) |
| Claimant. | ) |

Pursuant to GR 17.1(e), I, William S. Labahn, Esq., hereby designate the following as local counsel in conjunction with my annexed petition for admission pro hac vice in the above-captioned proceeding:

Frederick J. Kerley, Esq.
Attorney At Law
Pacific News Building, Suite 907
238 Archbishop Flores Street
Hagatna, Guam 96910
Tel.: (671) 477-7008

Designation of Local Counsel and Consent - 1
United States v. One 2002 Lexus Automobile
USDCV No. CV 03-00042

Fax.: (671) 477-7009

1

Dated this 15ᵗʰ day of September 2004 at Eugene, Oregon.

2

3
William S. Labahn, Esq.

4

5          I consent this 17ᵗʰ day of September, 2004;

6
Frederick J. Kelley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26        Designation of Local Counsel and Consent - 2
          United States v. One 2002 Lexus Automobile
          USDCV No. CV 03-00042

William S. Labahn
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com
**Oregon Bar# 90001**

Attorney for Ms. Khanh Huynh,
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 03-00042 |
| Plaintiff, | ) DECLARATION OF |
| vs. | ) WILLIAM S. LABAHN IN SUPPORT<br>) OF UNOPPOSED MOTION TO RESET<br>) TRIAL AND FOR EXPEDITED |
| ONE 2002 LEXUS AUTOMOBILE, etc., | ) CONSIDERATION AND RULING<br>) ON THE MOTION, AND TO |
| Defendant, | ) ACCEPT TEMPORARY FACSIMILE<br>) FILING |
| KHANH HUYNH, | ) |
| Claimant. | ) |

I, William S. Labahn, Esq., being duly sworn, depose and say as follows:

1. The matters set forth herein are based on my personal knowledge, and I would be competent to testify to them if called as a witness.

2. I am filing herewith a petition for admission pro hac vice, the supporting certification, and designation of local counsel, all pursuant to the court's local rules.

3. I am also filing a motion to set over the trial, set for October 4, to the first 2 weeks of November, and for expedited hearing and ruling on that motion. I have conferred with AUSA Karon V. Johnson, Esq., who does not oppose either motion, provided certain conditions are imposed. Those are set out in the form of order. She is, however, unavailable the last week of November.

Expedited hearing is sought because Chief Deputy Clerk Rosita Nicolas advises Mr. Korley and me that the jury summonses must be sent no later than Monday, September 20. Because of the time and distance constraints, I respectfully ask that the court grant the motion to accept the temporary facsimile filing of copies of these pleadings. I am sending the originals to Mr. Kerley by courier for immediate filing with the court. Copies of the pleadings described above have been faxed to Mr. Kerley and 4. The motion to reset the trial is not made for the purpose of delay. I have encountered a number of logistical and personal obstacles, which require me to move for the set-over. I

Declaration of William S. Labahn, Esq. - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

have recently separated from my wife of 30 years, moved my office, and have another trial scheduled the week of October 4. Further, I am the executor of my late mother's estate, which is scheduled to be formally closed the last week of September; I have to be in Alabama that week to conduct an estate sale and distribute the proceeds before closing it.

No prior set-overs have been requested.

5. Although Local Rule 7.1 ordinarily requires at least 21 days' notice for motions, the government does not oppose the set-over, or the motion for expedited consideration and ruling, and the court may shorten the time for good cause shown. *United States v. Fitch*, 472 F.2d 548 (9th Cir. 1973).

6. I have contacted both Mr. Kerley and Ms. Johnson sabout the set-over. Neither opposes it. Copies of this motion, and the other pleadings, have been faxed to both.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 15th day of September 2004 at Eugene, Oregon.

Law Offices of William S. Labahn, P.C.
Attorney for Claimant

By: _William Slabahn_
William S. Labahn, OSB# 90001

Declaration of William S. Labahn, Esq. - 3
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

# CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, by mailing or faxing same to the person(s) or party(ies) below on the 15th day of September 2004:

Karon V. Johnson, Esq.
Assistant U.S. Attorney
District of Guam
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telecopier No. (671) 472-7334
(Fax and Mail)

Frederick J. Kerley, Esq.
Attorney At Law
Pacific News Building
Suite 907
238 Archbishop Flores Street
Hagatna, Guam 96910
Fax no. (671) 477-7009

Dated this 15th day of September 2004 at Eugene, Oregon.

William S. Labahn

Declaration of William S. Labahn, Esq. - 4
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

**William S. Labahn**
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com
**Oregon Bar# 90001**

Attorney for Ms. Khanh Huynh,
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 03-00042 |
| Plaintiff, | ) |
| vs. | ) UNOPPOSED MOTION TO CONTINUE |
| | ) TRIAL AND FOR EXPEDITED |
| ONE 2002 LEXUS AUTOMOBILE, etc., | ) CONSIDERATION AND RULING |
| | ) ON THE MOTION |
| Defendant, | ) |
| KHANH HUYNH, | ) |
| Claimant. | ) |

Claimant, through her attorney, respectfully moves the court for an order continuing the trial, presently set for October 4, 2004 to a date in the first two weeks of November, if the that time frame is convenient for the court.

I have conferred with AUSA Karon V. Johnson, Esq., who does not oppose the motion, provided certain conditions are imposed.

Unopposed Motion to Continue Trial and For Expedited Ruling - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

Those are set out in the form of order. She is, however, unavailable the last week of November.

The Government does not oppose expedited consideration and ruling on the motion. Expedited hearing is sought because the clerk advises me that the jury duty notices must be mailed out no later than this coming Monday, September 20, 2004.

This motion is supported by the annexed declaration of William S. Labahn, Esq., dated September 15, 2004.

Dated this 15th day of September 2004 at Eugene, Oregon.

Law Offices of William S. Labahn, P.C.
Attorney for Claimant

By: _William S. Labahn_
William S. Labahn, OSB# 90001

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, by mailing or faxing same to the person(s) or party(ies) below or the 15th day of September 2004:

Karon V. Johnson, Esq.
Assistant U.S. Attorney
District of Guam
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telecopier No. (671) 472-7334
(Fax and Mail)

Frederick J. Kerley, Esq.
Attorney At Law
Pacific News Building
Suite 907
238 Archbishop Flores Street
Hagatna, Guam 96910
Fax no. (671) 477-7009

Dated this 15th day of September 2004 at Eugene, Oregon.

William S. Labahn

Unopposed Motion to Continue Trial and For Expedited Ruling - 3
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

**William S. Labahn**
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com
**Oregon Bar# 90001**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Attorney for Ms. Khanh Huynh,
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ONE 2002 LEXUS AUTOMOBILE, etc.,<br><br>          Defendant. | )  CV No. 03-00042<br>)<br>)<br>)  MOTION FOR ORDER<br>)  PERMITTING FILING OF FACSIMILE<br>)  COPIES OF PLEADINGS<br>)<br>)<br>)<br>) |

Defendant, through her attorney, respectfully moves the court for an order permitting her to file facsimile copies of the annexed petition for admission pro hac vice, supporting certification, designation of local counsel, and the annexed motion for trial set-over from October 4, 2004 to the following month. If the court grants the motion the originals will be delivered by courier to local counsel who will file them immediately.

This motion is based on the shortness of time left before the trial, because the clerk advises me that the jury notices must be

Motion for Order Permitting Filing of Facsimile Copies of Pleadings - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

sent out no later than Monday, September 20, and because my office is so far away from Guam that the originals won't make it there before Monday.

This motion is supported by the annexed declaration of William S. Labahn, Esq., dated September 15, 2004.

Dated this 15th day of September 2004 at Eugene, Oregon.

Law Offices of William S. Labahn, P.C.
Attorney for Claimant

By: _William S. Labahn_
     William S. Labahn, OSB# 90001

Motion for Order Permitting Filing of Facsimile Copies of Pleadings - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 03-00042 |
| Plaintiff, | ) ORDER |
| vs. | ) |
| ONE 2002 LEXUS AUTOMOBILE, etc., | ) |
| Defendant, | ) |
| KHANH AI HUYNH, | ) |
| Claimant. | ) |

Claimant Khanh Ai Huynh moves the court for an order granting her permission to temporarily file facsimile copies of pleadings, for set-over of the October 4 trial, and for expedited consideration and ruling on the set-over motion. The government does not oppose the set-over motion, or the motion for expedited consideration and ruling on the motion, and good cause shown,

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The motion to accept temporary filing of facsimile copies of the pleadings described above is granted. Claimant shall insure that the originals are filed immediately upon their receipt by local counsel; and

2. The motion for expedited consideration and ruling on claimant's motion for trial set-over is granted; and

Order - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

3. Claimant's motion to set-over the trial is granted and is reset for November __, 2004; and

4. Claimant shall provide the discovery that has not been provided within 1 week of the date this order is signed by the court. Claimant's answers to the government's interrogatories shall be served within 2 weeks after the date of this order.

IT IS SO ORDERED this __ day of September 2004.

_____
Judge, District Court of Guam

Order - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042