William S. Labahn, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com

Attorney for Ms. Khanh Huynh
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTMOBILE, etc.,<br><br>    Defendant,<br><br>KHANH HUYNH,<br><br>    Claimant. | CV No. 003-00042<br><br>PETITION FOR<br>ADMISSION PRO<br>HAC VICE |

COMES NOW William S. Labahn, Esq., and pursuant to GR 17.1, Local Rules of the District Court of Guam, District of Guam, and submits the following information as required by Rule.

1. My residence is 251 West Broadway, Apt. 211, Eugene, Oregon 97401.

2. My office address is: 132 East Broadway, Suite 320, Eugene, Oregon 97401.

3. Courts to which I have been admitted to practice and date(s) of admission: Alabama (1975), Alaska (1983), New York (1981), Oregon (1990), USDC (EDNY, 1985), SDNY (1982), D.Or (1990), D. Alaska (1992), Ninth Circuit Court of Appeals (1993).

Dated this 15th day of September 2004.

*/s/ William S. Labahn*
William S. Labahn

Petition for Admission Pro Hac Vice - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, and by faxing same to the person(s) or party(ies) below on the 15th day of September 2004:

Frederick J. Kerley, Esq.  
Attorney At Law  
Pacific News Building, Suite 907  
238 Archbishop Flores Street  
Hagatna, Guam 96910  
Facsimile: (671) 477-7009  

Karon V. Johnson, Esq.  
Assistant U.S. Attorney  
District of Guam  
Suite 500, Sirena Plaza  
108 Hernan Cortez Avenue  
Agana, Guam 96910  
Facsimile: 9671) 472-7334  

Dated this 15th day of September 2004 at Eugene, Oregon.

_____  
William S. Labahn

Certificate of Service - 1  
U.S. v. One 2002 Lexus Automobile  
USDC No. CV 03-00042