William S. Labahn, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com

Attorney for Ms. Khanh Huynh
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 03-00042 |
| Plaintiff, | ) |
| vs. | ) |
| ONE 2002 LEXUS AUTMOBILE, etc., | ) DESIGNATION OF LOCAL |
| | ) COUNSEL AND CONSENT |
| Defendant, | ) (GR 17.1(e)) |
| KHANH HUYNH, | ) |
| Claimant. | ) |

Pursuant to GR 17.1(e), I, William S. Labahn, Esq., hereby designate the following as local counsel in conjunction with my annexed petition for admission pro hac vice in the above-captioned proceeding:

> Frederick J. Kerley, Esq.
> Attorney At Law
> Pacific News Building, Suite 907
> 238 Archbishop Flores Street
> Hagatna, Guam 96910
> Tel.: (671) 477-7008

Designation of Local Counsel and Consent - 1
United States v. One 2002 Lexus Automobile
USDCV No. CV 03-00042

Fax.: (671) 477-7009

Dated this 15th day of September 2004 at Eugene, Oregon.

_William S. Labahn, Esq._

I consent this ___ day of September, 2004:

_____
Frederick J. Kerley

Designation of Local Counsel and Consent - 2
United States v. One 2002 Lexus Automobile
USDCV No. CV 03-00042