William S. Labahn, Esq.
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com

Attorney for Ms. Khanh Huynh
Claimant

FILED
DISTRICT COURT OF GUAM
SEP 17 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV No. 003-00042 |
| Plaintiff, | ) | |
| vs. | ) | |
| ONE 2002 LEXUS AUTMOBILE, etc., | ) | CERTIFICATION |
| Defendant, | ) | |
| KHANH HUYNH, | ) | |
| Claimant. | ) | |

State of Oregon)
            ) ss.:
County of Lane  )

I, William S. Labahn, Esq., being duly sworn, depose and say the following under penalty of perjury:

1. I submit this certification in support of the annexed petition for admission *pro hac vice* in order to appear as attorney of record for my client in the case captioned *United States of*

Certification In Support of Petition for Admission Pro Hac Vice - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

**ORIGINAL**

*America v. One 2002 Lexus Automobile, etc.*, civil case no. 003-00042.

2. I certify that I am not a resident of Guam, that I am not regularly employed in Guam, and that I am not regularly engaged in business, professional or other activities in Guam.

3. My residence and office addresses are as stated in the annexed petition for temporary admission.

4. I am a member in good standing and eligible to practice in the bars listed on the annexed petition, and I am not currently suspended or disbarred in any other court.

5. I have not made any prior *pro hac vice* applications within the past years.

_____
William S. Labahn, Esq.

SUBSCRIBED AND SWORN TO before me this 15th day of September 2004.

_____
Notary Public: State of Oregon
My commission expires: July 29, 2008

OFFICIAL SEAL
BEVERLY V ROBERTSON
NOTARY PUBLIC - OREGON
COMMISSION NO. 381607
MY COMMISSION EXPIRES JULY 29, 2008

Certification In Support of Petition for Admission Pro Hac Vice - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

Case 1:03-cv-00042   Document 32   Filed 09/17/2004   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, and by faxing same to the person(s) or party(ies) below on the 15th day of September 2004:

| | |
|---|---|
| Frederick J. Kerley, Esq.<br>Attorney At Law<br>Pacific News Building, Suite 907<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910<br>Facsimile: (671) 477-7009 | Karon V. Johnson, Esq.<br>Assistant U.S. Attorney<br>District of Guam<br>Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue<br>Agana, Guam 96910<br>Facsimile: 9671) 472-7334 |

Dated this 15th day of September 2004 at Eugene, Oregon.

_____
William S. Labahn

Certificate of Service - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042