**William S. Labahn**
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com
**Oregon Bar# 90001**

Attorney for Ms. Khanh Huynh,
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV No. 03-00042 |
| Plaintiff, | |
| vs. | UNOPPOSED MOTION TO CONTINUE TRIAL AND FOR EXPEDITED CONSIDERATION AND RULING ON THE MOTION |
| ONE 2002 LEXUS AUTOMOBILE, etc., | |
| Defendant, | |
| KHANH HUYNH, | |
| Claimant. | |

Claimant, through her attorney, respectfully moves the court for an order continuing the trial, presently set for October 4, 2004 to a date in the first two weeks of November, if the that time frame is convenient for the court.

I have conferred with AUSA Karon V. Johnson, Esq., who does not oppose the motion, provided certain conditions are imposed.

Unopposed Motion to Continue Trial and For Expedited Ruling - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042



**ORIGINAL**

Those are set out in the form of order. She is, however, unavailable the last week of November.

The Government does not oppose expedited consideration and ruling on the motion. Expedited hearing is sought because the clerk advises me that the jury duty notices must be mailed out no later than this coming Monday, September 20, 2004.

This motion is supported by the annexed declaration of William S. Labahn, Esq., dated September 15, 2004.

Dated this 15th day of September 2004 at Eugene, Oregon.

Law Offices of William S. Labahn, P.C.
Attorney for Claimant

By: /s/ William Labahn
William S. Labahn, OSB# 90001

# CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, by mailing or faxing same to the person(s) or party(ies) below on the 15th day of September 2004:

Karon V. Johnson, Esq.  
Assistant U.S. Attorney  
District of Guam  
Suite 500, Sirena Plaza  
108 Hernan Cortez Avenue  
Agana, Guam 96910  
Telecopier No. (671) 472-7334  
(Fax and Mail)

Frederick J. Kerley, Esq.  
Attorney At Law  
Pacific News Building  
Suite 907  
238 Archbishop Flores Street  
Hagatna, Guam 96910  
Fax no. (671) 477-7009

Dated this 15th day of September 2004 at Eugene, Oregon.

_____  
William S. Labahn

Unopposed Motion to Continue Trial and For Expedited Ruling - 3  
U.S. v. One 2002 Lexus Automobile  
USDC No. CV 03-00042