William S. Labahn
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com
Oregon Bar# 90001

Attorney for Ms. Khanh Huynh,
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 03-00042 |
| Plaintiff, | ) |
| | ) DECLARATION OF |
| | ) WILLIAM S. LABAHN IN SUPPORT |
| vs. | ) OF UNOPPOSED MOTION TO RESET |
| | ) TRIAL AND FOR EXPEDITED |
| ONE 2002 LEXUS AUTOMOBILE, etc., | ) CONSIDERATION AND RULING |
| | ) ON THE MOTION, AND TO |
| Defendant, | ) ACCEPT TEMPORARY FACSIMILE |
| | ) FILING |
| KHANH HUYNH, | ) |
| Claimant. | ) |

FILED
DISTRICT COURT OF GUAM
SEP 17 2004
MARY L. M. MORAN
CLERK OF COURT

I, William S. Labahn, Esq., being duly sworn, depose and say as follows:

1. The matters set forth herein are based on my personal knowledge, and I would be competent to testify to them if called as a witness.

2. I am filing herewith a petition for admission pro hac vice, the supporting certification, and designation of local counsel, all pursuant to the court's local rules.

3. I am also filing a motion to set over the trial, set for October 4, to the first 2 weeks of November, and for expedited hearing and ruling on that motion. I have conferred with AUSA Karon V. Johnson, Esq., who does not oppose either motion, provided certain conditions are imposed. Those are set out in the form of order. She is, however, unavailable the last week of November.

Expedited hearing is sought because Chief Deputy Clerk Rosita Nicolas advises Mr. Kerley and me that the jury summonses must be sent no later than Monday, September 20. Because of the time and distance constraints, I respectfully ask that the court grant the motion to accept the temporary facsimile filing of copies of these pleadings. I am sending the originals to Mr. Kerley by courier for immediate filing with the court. Copies of the pleadings described above have been faxed to Mr. Kerley and Ms. Johnson.

4. The motion to reset the trial is not made for the purpose of delay. I have encountered a number of logistical and personal obstacles, which require me to move for the set-over. I

Declaration of William S. Labahn, Esq. - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

have recently separated from my wife of 30 years, moved my office, and have another trial scheduled the week of October 4. Further, I am the executor of my late mother's estate, which is scheduled to be formally closed the last week of September; I have to be in Alabama that week to conduct an estate sale and distribute the proceeds before closing it.

No prior set-overs have been requested.

5. Although Local Rule 7.1 ordinarily requires at least 21 days' notice for motions, the government does not oppose the set-over, or the motion for expedited consideration and ruling, and the court may shorten the time for good cause shown. *United States v. Fitch*, 472 F.2d 548 (9th Cir. 1973).

6. I have contacted both Mr. Kerley and Ms. Johnson sabout the set-over. Neither opposes it. Copies of this motion, and the other pleadings, have been faxed to both.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 15th day of September 2004 at Eugene, Oregon.

Law Offices of William S. Labahn, P.C.
Attorney for Claimant

By: /s/ William Labahn
William S. Labahn, OSB# 90001

Declaration of William S. Labahn, Esq. - 3
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

# CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, by mailing or faxing same to the person(s) or party(ies) below on the 15th day of September 2004:

Karon V. Johnson, Esq.  
Assistant U.S. Attorney  
District of Guam  
Suite 500, Sirena Plaza  
108 Hernan Cortez Avenue  
Agana, Guam 96910  
Telecopier No. (671) 472-7334  
(Fax and Mail)

Frederick J. Kerley, Esq.  
Attorney At Law  
Pacific News Building  
Suite 907  
238 Archbishop Flores Street  
Hagatna, Guam 96910  
Fax no. (671) 477-7009

Dated this 15th day of September 2004 at Eugene, Oregon.

*William S. Labahn* (signature)  
William S. Labahn

Declaration of William S. Labahn, Esq. - 4  
U.S. v. One 2002 Lexus Automobile  
USDC No. CV 03-00042