FILED
DISTRICT COURT OF GUAM
SEP 20 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV No. 03-00042 |
| Plaintiff, | ORDER |
| vs. | |
| ONE 2002 LEXUS AUTOMOBILE, etc., | |
| Defendant, | |
| KHANH AI HUYNH, | |
| Claimant. | |

Claimant Khanh Ai Huynh moves the court for an order granting her permission to temporarily file facsimile copies of pleadings, for set-over of the October 4 trial, and for expedited consideration and ruling on the set-over motion. The government does not oppose the set-over motion, or the motion for expedited consideration and ruling on the motion, and good cause shown,

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The motion to accept temporary filing of facsimile copies of the pleadings described above is granted. Claimant shall insure that the originals are filed immediately upon their receipt by local counsel; and

2. The motion for expedited consideration and ruling on claimant's motion for trial set-over is granted; and

Order - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

3. Claimant's motion to set-over the trial is granted and is reset for November 10, 2004, at 9:00 a.m.; and

4. Claimant shall provide the discovery that has not been provided within 1 week of the date this order is signed by the court. Claimant's answers to the government's interrogatories shall be served within 2 weeks after the date of this order.

IT IS SO ORDERED this 20th day of September 2004.

*[signature]*
Judge, District Court of Guam

**RECEIVED**
SEP 17 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Order - 2
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042