1  FREDERICK J. KERLEY
   ATTORNEY AT LAW
2  Suite 907, Pacific News Building
   238 Archbishop F.C. Flores Street
3  Hagåtña, Guam 96910
   Telephone No.: (671) 477-7008
4  Facsimile No.:  (671) 477-7009

5  Designated Local Counsel for Claimant Khanh Ai Huynh

6  WILLIAM S. LABAHN, ESQ.
   LAW OFFICES OF WILLIAM S. LABAHN, P.C.
7  132 East Broadway, Suite 331
   Eugene, Oregon 97401
8  Telephone No.: (541) 344-7004
   Facsimile No.:  (541) 344-7022
9
   Counsel for Claimant Khanh Ai Huynh
10

FILED
DISTRICT COURT OF GUAM
SEP 2 0 2004
MARY L. M. MORAN
CLERK OF COURT

(33)

11              IN THE UNITED STATES DISTRICT COURT
12                      TERRITORY OF GUAM

13 | UNITED STATES OF AMERICA,        )  CIVIL CASE NO. 03-00042
14 |                                  )
   |        Plaintiff,                )
15 |                                  )  [PROPOSED]
   |   vs.                            )
16 |                                  )  ORDER
   | ONE 2002 LEXUS AUTOMOBILE,       )
17 | MODEL RX300,                     )
   | VIN: JTJHF10U520277477,          )
18 |                                  )
   |        Defendant,                )
19 |                                  )
   | KHANH AI HUYNH,                  )
20 |                                  )
   |        Claimant.                 )
21 |_____)

22

23      The petition of William S. Labahn, Esq. for admission to practice *pro hac vice* before

24 the United States District Court of Guam, comes on for review by the Court and said

25 petition being supported by the certification required by GR 17.1, Local Rules of the District

26 of Guam, and for good cause shown,

27 //

**ORIGINAL**

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that the petition of William S. Labahn for temporary |
| 2 | admission to practice before the District Court of Guam is hereby granted and that said |
| 3 | applicant be so admitted upon paying the prescribed fee. |
| 4 | SO ORDERED this __20th__ day of September, 2004. |

*[signature]*

HONORABLE
DESIGNATED JUDGE,
U.S. DISTRICT COURT

RECEIVED
SEP 17 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM