**William S. Labahn, Esq.**
Law Offices of William S. Labahn, P.C.
132 East Broadway, Suite 320
Eugene, Oregon 97401
Telephone (541) 344-7004
Facsimile (541) 344-7022
E-Mail: labahnesq@aol.com
**Oregon Bar# 90001**

FILED
DISTRICT COURT OF GUAM

SEP 23 2004

MARY L. M. MORAN
CLERK OF COURT

(34)

Attorney for Ms. Khanh Huynh,
Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE, etc.,<br><br>    Defendant. | ) CV No. 03-00042<br>)<br>) NOTICE OF<br>) SUBSTITUTION<br>) OF COUNSEL AND<br>) APPEARANCE<br>)<br>)<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that the undersigned hereby appears and substitutes as attorney of record for Ms. Khanh Huynh, claimant to the *res* which is the subject-matter of the above-captioned *in rem* proceeding. Please direct all future correspondence, communications, etc., regarding this case to the undersigned at his Oregon office.

Dated this 30th day of July 2004 at Eugene, Oregon.

Law Offices of William S. Labahn, P.C.
Attorney for Claimant

Notice of Substitution - 1
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042

**ORIGINAL**

LAW OFFICES OF WILLIAM S. LABAHN, P.C. · 132 EAST BROADWAY, SUITE 331 · EUGENE, OREGON 97401 · TELEPHONE (541) 344-7004 · FAX (541) 344-7022

By: _William S. Labahn_
    William S. Labahn, Esq.

By: _Veronica I. Valda_
    Veronica I. Valda, Esq.

LAW OFFICES OF WILLIAM S. LABAHN, P.C. • 132 EAST BROADWAY, SUITE 331 • EUGENE, OREGON 97401 • TELEPHONE (541) 344-7004 • FAX (541) 344-7022

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and complete copies of the foregoing on the person(s) named below by placing same in the U.S. Mail at Eugene, Oregon, by mailing or faxing same to the person(s) or party(ies) below on the 20th day of September 2004:

Karon V. Johnson, Esq.
Assistant U.S. Attorney
District of Guam
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telecopier No. (671) 472-7334
(Fax and Mail)

Frederick J. Kerley, Esq.
Attorney At Law
Pacific News Building
Suite 907
238 Archbishop Flores Street
Hagatna, Guam 96910
(Fax and Mail)
Facsimile No. (671) 477-7009

Dated this 20th day of September 2004 at Eugene, Oregon.

_William S. Labahn_
William S. Labahn

Notice of Substitution - 3
U.S. v. One 2002 Lexus Automobile
USDC No. CV 03-00042