DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CIVIL CASE NO. 03-00042 |
|---|---|
| Plaintiff, | |
| vs. | |
| ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477, | ORDER |
| Defendant, | |
| KHANH HUYNH, | |
| Claimant. | |

On September 20, 2004, the Court re-scheduled the trial in this case to November 10, 2004. Accordingly, the Court hereby moves the final pretrial conference from September 27, 2004 to Wednesday, October 20, 2004 at 10:00 a.m. Off-island counsel wishing to participate telephonically at the final pretrial conference shall file notice of such participation no later than 48 hours prior to the scheduled pretrial conference date.

SO ORDERED this 27th day of September, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

Case 1:03-cv-00042  Document 38  Filed 09/27/2004  Page 1 of 1