ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 25 2004
MARY L. M. MORAN
CLERK OF COURT

1  Unseal.Cpl

2  LEONARDO M. RAPADAS
United States Attorney
3  KARON V. JOHNSON
Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
108 Hernan Cortez
5  Hagåtña, Guam 96910
Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 03-00042 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION AND ORDER TO UNSEAL VERIFIED COMPLAINT OF FORFEITURE** |
| ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U52027747 | ) |
| Defendant. | ) |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the Verified Complaint of Forfeiture in the above-entitled cause for the reason that the investigation

//
//
//
//
//
//
//
//

in District Court CR. No. 03-00095 is now complete, and there is no further reason for these proceedings to remain silent.

Respectfully submitted this 21st day of October, 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

**IT IS SO ORDERED** this 22nd day of October, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
OCT 21 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM