FILED
DISTRICT COURT OF GUAM
OCT 25 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE,<br>MODEL RX300,<br>VIN JTJHF10U520277477,<br><br>Defendant,<br><br>KHANH HUYNH,<br><br>Claimant. | CIVIL CASE NO. 03-00042<br><br><br><br><br>ORDER |

Upon request of counsel and with the concurrence of the assigned district judge, the trial in this case is hereby moved from November 10, 2004 to Tuesday, November 9, 2004 at 9:00 a.m.

SO ORDERED this 22nd day of October, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge