# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

UNITED STATES OF AMERICA,
    Plaintiff,
    vs.
ONE 2002 LEXUS AUTOMOBILE,
MODEL RX300,
VIN JTJHF10U520277477,
    Defendant,
KHANH AI HUYNH,
    Claimant.

Civil Case No. 03-00042

MINUTES

( ) SCHEDULING CONFERENCE     (√) FINAL PRETRIAL CONFERENCE
                                                              (October 22, 2004, 8:30 a.m.)

( ) FINAL PRETRIAL CONFERENCE     ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiff was AUSA Karon V. Johnson. Attorney Frederick J. Kerley appeared on behalf of the Claimant, along with Attorney William S. Labahn who participated telephonically. Additionally, Attorney Danilo T. Aguilar requested that he be permitted to participate via teleconference on behalf of a Rivermark Community Credit Union, which claimed an interest in the subject vehicle. The Court telephonically contacted Attorney Aguilar's law office in Saipan, but was informed that Attorney Aguilar was attending a court matter on the island of Tinian. Thus, Attorney Aguilar did not participate at the conference.

      Magistrate Judge Manibusan inquired whether the credit union's participation would delay or impede the impending trial date scheduled for November 10, 2004 before the Honorable Morrison C. England, United States District Judge for the Eastern District of California, sitting

by designation. Magistrate Judge Manibusan noted that the credit union has not formally filed its appearance in the case and is not yet a party to this action. Counsel agreed that they are uncertain at this stage since the credit union has not formally sought to intervene in this action.

Magistrate Judge informed the parties that neither has filed or lodged the necessary pretrial documents, such as a witness list, an exhibit list and exhibits, a trial brief, and a pretrial order. These documents are required under Rule LR 16.7 of the Local Rules of Practice for the District Court of Guam. Magistrate Judge Manibusan instructed the parties to file all necessary documents no later than Wednesday, October 27, 2004. AUSA Johnson stated that the Government would meet this deadline. Attorney Labahn stated that he could meet this deadline as well, but requested that he be permitted to fax the documents to the Court. Attorney Labahn stated that he would send the originals by courier to Attorney Kerley for filing with the Court. Magistrate Judge Manibusan granted the request on the condition that the Government was served a copy of all documents filed. The parties also discussed the option of Attorney Labahn e-mailing the documents to Attorney Kerley, who would then sign the documents and file them with the Court.

Attorney Labahn stated that the Government has subpoenaed a loan officer from Rivermark Community Credit Union to testify at the trial. Attorney Labahn proposed that instead of requiring the loan officer to travel to Guam for the trial, that the loan officer be permitted to testify telephonically under a perpetual deposition subpoena. AUSA Johnson objected to the proposal and stated that if the loan officer refused to appear as compelled, she would request a warrant for the loan officer's arrest. Magistrate Judge Manibusan told counsel to take up this matter with Judge England if necessary.

Attorney Labahn admitted that his response to the Government's interrogatories were belated. Attorney Labahn explained that the delay was due in part to his client's travel abroad, the need for an interpreter in communicating with his client, and the geographical distance between his location and his client's place of residence. Furthermore, Attorney Labahn raised certain objections to the interrogatories and inquired whether the Court would entertain them at that time. AUSA Johnson objected and indicated that the interrogatories were sent to Attorney

Labahn back in July 2004, thus any objection at this time is untimely. Magistrate Judge Manibusan stated that Attorney Labahn should have filed his objections in writing sooner. Magistrate Judge Manibusan instructed Attorney Labahn to file his objections or appropriate motion as soon as possible, and further stated that any such objection or motion would have to be heard by Judge England since the trial date was fast approaching.

Finally, Attorney Kerley requested that the trial date be moved from November 10 to November 9. This would reduce the number of breaks during the trial since November 11th is a federal holiday (Veterans' Day). Such a change would also permit the trial to conclude on Friday, November 12th since the trial was anticipated to last three (3) days. Neither AUSA Johnson nor Attorney Labahn had an objection to the request. Magistrate Judge Manibusan stated that the request would be passed on to Judge England.

The Preliminary Pretrial Conference concluded at 9:00 a.m.

Dated: October 25, 2004.

_____
JUDITH P. HATTORI
Law Clerk