DANILO T. AGUILAR
Attorney at Law
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way, San Jose
P.O. Box 505301
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for RIVERMARK COMMUNITY CREDIT UNION

FILED
DISTRICT COURT OF GUAM

OCT 26 2004

MARY L. M. MORAN
CLERK OF COURT

(39)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 200 LEXUS AUTOMOBILE,<br>MODEL RX300,<br>VIN JTJHF10U520277477<br><br>Defendant. | CIVIL CASE NO. 03-00042<br><br><br>**NOTICE OF APPEARANCE** |

COMES NOW Danilo T. Aguilar, hereby makes his first notice of

appearance for Rivermark Community Credit Union, a claimant of the subject

property that is the subject of forfeiture. Please forward all future notices

pertaining to this matter directly to my office. During the pendency of this matter,

counsel's Guam office address shall be:

c/o BRONZE & TANG
2nd Floor, Bank Pacific Building
825 S. Marine Drive
Tamuning, Guam 96911
Telephone: (671) 646-2001
Facsimile:  (671) 647-7671

All future notices and correspondence may be served at the address

noted above or may be sent to counsel's office address in Saipan.

1     Dated this 26th day of October, 2004

2

3                           DANILO T. AGUILAR,

4                           Attorney for Claimant

5                           Rivermark Community Credit Union

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2