**ORIGINAL**

2002Lexus.opposition

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 27 2004
MARY L. M. MORAN
CLERK OF COURT

44

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477 Defendant. | CIVIL CASE NO. 03-00042 **UNITED STATES' OPPOSITION TO MOTION TO INTERVENE, VACATE SCHEDULING ORDER, AND CONTINUE TRIAL DATE** |

The United States opposes the motion of Rivermark Community Credit Union to intervene in this lawsuit, because intervention is not the appropriate mechanism to protect its interest in the res, one 2002 Lexus, and its intervention at this time would prejudice the government, which is prepared for trial of this matter November 9, 2004. The government has one Stateside witness who is remaining on Guam pursuant to a subpoena to appear at this trial. Other government witnesses have cleared their schedules so that they can testify at that time.

This action was initiated by filing a Verified Complaint of Forfeiture on December 12, 2003. The trial set for November 9, 2004, arises from the claim and answer filed April 16, 2004, by Khanh Huynh. The only interest which will be adjudicated at this trial is the claim of Khanh Huynh.

Rivermark Community Credit Union presently holds a lien, on file with the Oregon Department of Motor Vehicles, against this res. Rivermark correctly indicates that the government will not stipulate to the validity of its lien because evidence in its possession at this time causes the government to question whether Rivermark is a bonafide lienholder. Title 18, U.S.C. § 983(a)(4)(A) provides that:

> "In any case in which the Government files ... a complaint for forfeiture of property, any person claiming an interest in the seized property may file a claim asserting such person's interest in the property in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims, except that such claim may be filed not later than 30 days after the date of service of the Government's complaint ... ."

Rivermark was served a copy of the government's verified complaint on August 26, 2004, after speaking to government's counsel on August 25, 2004. A copy of Rivermark's initial correspondence and the fax of the complaint, is attached hereto as Exhibit A.

The government notes that, if the court grants Rivermark's motion to intervene, it proposes to file an answer in this lawsuit, which it attached as Exhibit to it's motion. That is not the correct procedure. Supplemental Rule C(6) provides that a person asserting an interest in property subject to forfeiture first file a "verified statement identifying the interest or right" asserted within 30 days of receiving the government's complaint or within the time the court allows. The answer should follow within 20 days. Rule C(6)(a)(i)(A) and C(6)(a)(ii).

The government has no objection to Rivermark filing a verified claim and answer, albeit late. Upon doing so, its interest in the res can be resolved in due course. It does not have the

//

//

//

//

//

//

right, however, to intervene in the lawsuit concerning Khanh Huynh's claim, or to continue the trial set for November 9, 2004.

Respectfully submitted this 27th day of October, 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: [signature]
KARON V. JOHNSON
Assistant U.S. Attorney

ANDERSON & MONSON, P.C.
Attorneys at Law
Park Plaza West – Suite 460
10700 SW Beaverton-Hillsdale Hwy.
Beaverton, Oregon 97005
TELEPHONE
(503) 646-9230
FACSIMILE
(503) 646-9846
E-MAIL
rick@andersonmonson.com
miles@andersonmonson.com

Richard T. Anderson, Jr.
(Oregon and Washington Bars)
Miles D. Monson
(Oregon and Washington Bars)

Patricia B. Bailie
Lisa A. Dawes
Jaime J. Ronk
(Legal Assistants)

August 25, 2004

*Via Facsimile* - 671-472-7334
Karon Johnson
Assistant U.S. Attorney

Re: Rivermark Community Credit Union / Khahn Huynh
Our File No. 169-024

Dear Ms. Johnson:

We represent Rivermark Community Credit Union, formerly known as Safeway Northwest Central Credit Union ("Rivermark") in the above-referenced matter.

Rivermark is a secured creditor of the debtor with a security interest in the debtor's 2002 Lexus UT, Vehicle Identification Number JTJHF10U520277477 ("the Collateral"). Thank you for taking the time to briefly discuss the forfeiture action that has been filed in this case.

Please fax to me a copy of the summons and complaint that was filed by your office.

What is your understanding as to the value of the Collateral? Rivermark believes that the blue book value of the Collateral is approximately $28,000. Rivermark's principal balance is $15,298.79. This amount does not include interest (per diem is $1.98) or attorney fees to the extent allowed by the parties agreement. Attached is a copy of the security agreement and title in this matter.

We understand that your position is that you believe there is equity in the Collateral and are going forward with the forfeiture of the Collateral and that upon any sale of the vehicle, Rivermark would be paid in full. I need to review the complaint and discuss this matter with my client. Upon doing so, if Rivermark is so inclined, please let me know if you would be willing to enter into a stipulated order that acknowledges Rivermark's security interest and provides for payment to Rivermark upon the sale of the vehicle. If you agree, I will discuss this option with my client.

EXHIBIT
A

ANDERSON & MONSON, P.C.

I look forward to hearing from you. Thank you.

Very truly yours,

ANDERSON & MONSON, P.C.

Miles D. Monson

MDM:jr
Enclosures
cc: Client (via facsimile)
clients/169/024/huynh.ltr

OREGON VEHICLE CERTIFICATE OF TITLE

| | | | | |
|---|---|---|---|---|
| ZXS681 | 0404277516 | | | |
| 2002 | LE25 | UT | BX9 | JTJHF10U520277477 |

15,423 01/14/04

HUYNH, KHANH AI
3101 NE 80TH AVE
PORTLAND OR 97213

SAFEWAY NORTHWEST CENTRAL CREDIT
UNION
2537 SE HAWTHORNE BLVD
PORTLAND OR 97214

VOID IF ALTERED OR ERASED

VOID WITHOUT LINKED DIAMOND WATERMARK

ZXS681 JTJHF10U520277477 0404277516 C
3678 071 02 V1 T2 04 58 M1 P5 E0 M0 26

# LOAN TRANSACTION / ADVANCE VOUCHER

MEMBER: KHANH HUYNH
DATE: 1-15-04
ACCOUNT NO.: 569280 146 PU

LOAN CONDITIONS

- ☐ ADJUSTMENT TO THE PERIODIC RATE AND ANNUAL PERCENTAGE RATE
- ☐ DECREASE IN MONTHLY PAYMENTS
- ☐ CHANGE IN INSURANCE
- ☐ PAYMENT DUE DATE ADJUSTMENT
- ☒ CHANGE OF COLLATERAL

LINE OF CREDIT IS APPROVED FOR
*EQUITY LOC $
**VISA $

AMOUNT OF ADVANCE $

- ☐ VARIABLE RATE
- ☒ FIXED RATE
- ☐ PAYROLL DEDUCTION
- ☒ CASH PAYMENTS

PURPOSE OF LOAN

| | TITLE INS. | APPRAISAL | RECORDING | OTHER | TOTAL |
|---|---|---|---|---|---|
| OTHER CHARGES $ | $ | $ | $ | | $ |

| LINE OF CREDIT AVAILABLE | NEW LOAN BALANCE | PAYMENT | NEXT PAYMENT DUE |
|---|---|---|---|
| 0.00 | $ | $281.34 | 02-01-2004 |

THE PERIODIC RATE TODAY IS 0.012849 PERCENT PER DAY WHICH EQUALS AN ANNUAL PERCENTAGE RATE OF 4.690 %

CREDIT INSURANCE IS OPTIONAL AND VOLUNTARY AND NOT A CONDITION FOR OBTAINING A LOAN.

CREDIT LIFE INSURANCE? Single Credit Life for Primary Borrower Only: __YES ☐ NO ☒ $.74 per $1,000 outstanding balance of Insured Loans

JOINT LIFE INSURANCE? Joint Credit Life insurance for Primary Borrower and Co-Borrower: __YES ☐ NO ☒ $1.32 per $1,000 outstanding balance of Insured Loans

($60,000.00 Maximum per loan)

CREDIT DISABILITY INSURANCE? Credit Disability Insurance Primary Borrower Only: __YES ☐ NO ☒ $1.74 per $1,000 outstanding balance of Insured Loans

JOINT DISABILITY INSURANCE? Joint Disability Insurance for Primary Borrower and Co-Borrower: __YES ☐ NO ☒ $2.87 per $1,000 outstanding balance of Insured Loans

($500.00 Maximum monthly payment per loan)

THE COST OF INSURANCE WILL BE COMPUTED & CHARGED TO MY ACCOUNT MONTHLY & WILL APPEAR ON MY PERIODIC STATEMENT.

SECURITY AGREEMENT

IN ACCORDANCE WITH THE TERMS AND CONDITIONS DISCLOSED ON THE REVERSE SIDE

SHARES / CERTIFICATE IN THE AMOUNT OF $ IN SAVINGS # MEMBER # IF PLEDGED FUNDS FROM DIFFERENT ACCOUNT
(In addition to amounts previously pledged.)

OTHER COLLATERAL AS DESCRIBED BELOW:
OTHER: GUARANTOR.

SHARE WITHDRAWAL TO BE ADDED TO PROCEEDS $ ACCT. NO.

COLLATERAL

2002 LEXS JTJHF10U520277477

DISBURSEMENTS

| | | | |
|---|---|---|---|
| BALANCE OF REFINANCED LOAN(S) | $ | PAYABLE TO | $ |
| PAYABLE TO | $ | PAYABLE TO | $ |
| | | PAYABLE TO | $ |
| PAYABLE TO | $ | PAYABLE TO | $ |
| DEPOSITED TO SHARE/SAFECHECK ACCOUNT # | | SHARES # | $ |

[signature]
APPLICANTS SIGNATURE IF APPLICABLE

☐ OWNER OF COLLATERAL OTHER THAN APPLICANT

FOR GRANTING SECURITY INTEREST IN COLLATERAL DESCRIBED ABOVE

☐ THIS ADVANCE IS SECURED SOLELY BY A DEED OF TRUST ON MY REAL ESTATE OR DWELLING

COMMENTS

In addition to agreeing to the terms on this Advance Voucher, I acknowledge receiving and agree to the terms of the Consumer Loan Agreement and Disclosures.

EXCHANGING TITLE TO A 2006 TOYOTA VIN80270

FOR A TITLE TO A 2002 LEXS VIN 7477

503-626-6600 1-800-452-8502 Toll Free
www.safewaynw.org

Hawthorne Office: 2537 S.E. Hawthorne Boulevard, Portland, Oregon 97214-3803
Gresham Office: 901 S.W. Highland Drive, Suite 4, Gresham, Oregon 97080-6300
Beaverton Office: 4875 S.W. Griffith Drive, Beaverton, Oregon 97005-8723
Clackamas Office: 14938 S.E. 83rd Drive, Clackamas, Oregon 97015-9624
Newberg Office: 2502 Portland Road #5, Newberg, Oregon 97132-1023

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS.
** SEE REVERSE SIDE FOR MINIMUM MONTHLY PAYMENT SCHEDULE.

COPYRIGHT MULTIPLE INNOVATIVE SYSTEMS, INC (1999). ALL RIGHTS RESERVED.
Grp A - Signature New/Used Cars Advanced Voucher 07/03

**EQUITY LINE OF CREDIT - THE MINIMUM PERIODIC PAYMENT REQUIRED.** You agree that you will pay each month not less than the minimum monthly payment on or before the scheduled monthly due date. [illegible] ($20.00), whichever is greater. Payments will be applied first to late charges, then to accrued FINANCE CHARGES, and the remainder, if any, to the principal balance.

**VISA-THE MINIMUM PERIODIC PAYMENT REQUIRED.** Minimum Payment will be the greater of $20.00 or 3%, rounded to the nearest dollar, of any New Balance plus the greater of any amount past due or any amount in excess of your Credit Line.

This Loan Transaction/ Advance Voucher is part of and integrated with your (1) Consumer Loan Agreement and Disclosures, or (2) Home Equity Account Agreement and Disclosure, whichever [illegible] on this Loan Advance Voucher [illegible] the Credit Union's security interest in the property described on this Loan Advance Voucher under the terms of the Security Agreement herein.

## CONSUMER SECURITY AGREEMENT AND POWER OF ATTORNEY

**HOME EQUITY ACCOUNT.** If this is a home equity transaction, you agree to the following security terms. If your Account is secured by real property and your dwelling you grant the Credit Union security in the form of a Deed of Trust on your real property and dwelling. You agree to the terms of the Deed of Trust, including the due-on-sale provisions set forth in the Deed of Trust. The Deed of Trust secures any real property advances under your Home Equity Account Agreement and not any other loans you may have with us. If your Account is secured by your dwelling, which is property other than real property, you grant the Credit Union a security interest in such collateral as described on this Loan Advance Voucher under the security terms.

**CONSUMER LOAN ACCOUNT.** If this is a consumer loan transaction, you agree to the following security terms. You grant the Credit Union a security interest in all collateral described (except real property or a dwelling) on this Loan Advance Voucher and any previous or subsequent Loan Advance Voucher under the security terms set forth below. All collateral securing one loan will secure all of your other obligations (except those secured by real property or a dwelling) to the Credit Union, including all existing and future loans.

**SECURITY TERMS**

**Security.** You grant the Credit Union a security interest under the Uniform Commercial Code of the state in which the Credit Union is located in all collateral described on this Loan Advance Voucher and any previous or subsequent Loan Advance Vouchers. This includes property purchased later and accessions (for example, tires or batteries attached to a car), whether added now or later.

**Ownership.** You agree to keep the collateral in good repair and not to sell it or otherwise dispose of it. Except for the security interest granted under this Agreement, you own the collateral free and clear. You will not allow any other lien on the collateral, even if they are junior to the Credit Union's lien. Except for vehicles, you agree to keep the collateral at your home unless the Credit Union tells you otherwise. If the collateral is a vehicle, you will keep it at your present address, except for routine use, and you will not do anything that requires registering the vehicle in another state. If you move, you may move the collateral to your new address if you give the Credit Union the new address in advance.

**Credit Union Lien.** You agree the Credit Union has a lien on all your shares and deposits, present and future, to the extent of your obligations to the Credit Union. You agree the Credit Union's lien is independent of any security agreement and the Credit Union may enforce its lien in any manner, at any time allowed by applicable law.

**Pledge of Shares/Securities.** If applicable, you pledge all shares and funds, present and future, and all accounts with the Credit Union in which you have an interest, as security for all loan advances made under this Agreement. You understand that if you default on your loans, the Credit Union may apply all that is pledged to your loan. However, this pledge will not apply to retirement accounts to the extent that [illegible] [illegible] by real property or a dwelling. For all securities pledged to the Credit Union, you represent that you have obtained all required consents and the Credit Union shall retain possession of the securities until all amounts owed the Credit Union are paid in full. You understand you may retain all voting rights with respect to the securities except with respect to any item requiring a shareholder vote involving the dissolution, liquidation, merger, or sale of substantially all of the assets of the Company. You agree to notify the Credit Union of any stock dividend or stock split and to surrender any such certificates issued to you in connection therewith. You agree the Credit Union may sell any securities at any time the value of such securities declines to a point at which the Credit Union deems itself insecure. The Credit Union may sell any securities in a manner consistent with applicable federal and state securities laws.

**Property Maintenance/Insurance.** You agree to keep the collateral in good repair and to maintain the property in a state that does not adversely affect its value. You agree to maintain property insurance on the collateral for its full insurable value, with the Credit Union as loss payee. You may obtain property insurance through any company you choose that is reasonably acceptable to us. If you fail to keep the insurance in effect, we may purchase insurance to protect our interest, add the premium to your loan balance, and increase the Minimum Monthly Payment. You understand that all benefits paid by insurance under us [illegible] will be applied to pay the loan balance. If insurance benefits do not pay the loan balance in full, you will remain responsible for the unpaid balance [illegible] FINANCE CHARGE [illegible] to accrue on the loan balance due. We may also charge your Account any costs necessary to protect our security interest in the collateral including paying any taxes or making payments to cure defaults under any existing liens on the collateral. We have no obligation to access your Account and to make any payments under this paragraph.

## WARNING

Unless you provide us with evidence of insurance as provided by our contract or loan agreement, we may purchase insurance at your expense to protect our interest. This insurance may, but need not, also protect your interest. If the collateral becomes damaged, the coverage we purchase may not pay any claim you make or any claim made against you. You may later cancel this coverage by providing evidence that you have obtained property coverage elsewhere.

You are responsible for the cost of any insurance purchased by us. The cost of the insurance may be added to your contract or loan balance. If the cost is added to your contract or loan balance, the rate of the underlying contract or loan will apply to this added amount. The effective date of coverage may be the date your prior coverage lapsed or the date you failed to provide proof of coverage.

The coverage we purchased may be considerably more expensive than insurance you can obtain on your own and may not satisfy any need for property damage coverage or any mandatory liability insurance requirements imposed by applicable law.

**Disposal Upon Default.** You may keep and use the collateral while this Agreement is not in default. If you are in default, the Credit Union will have all of the rights of a secured party under the applicable Uniform Commercial Code, in addition to any other rights the Credit Union may have. You will assemble the collateral and make it available to the Credit Union, if the Credit Union requests you to do so. The Credit Union may take the property peaceably and sell it. The Credit Union will apply the "net proceeds" of the sale to reduce the amount you owe. "Net proceeds" means the sale price less the expenses of repossessing, selling, attorneys' fees, and other lawful expenses. If you are entitled to any notice by law, you agree that 10 days' prior notice is enough. Unless you ask the Credit Union in writing to give you notice at a different address, that notice sent to you at the address shown on this Agreement will be sufficient.

**Enforcement of Fees and Costs.** You will pay any amount the Credit Union pays to someone else to help enforce this Agreement. This includes the Credit Union's attorneys' fees, whether or not there is a lawsuit, including court costs and any fees on appeal. This security provision also secures all of these amounts.

**Additional Documents and Power of Attorney.** You agree to sign any other documents, such as financing statements and certificates of title, to perfect or protect the Credit Union's security interest. To expedite the release or transfer of your interest in any motor vehicle in which you have granted the Credit Union a security interest and to which the Credit Union holds the certificate of title, You hereby give the Credit Union power of attorney to sign your name to such documents and to apply in your name for the issuance of a certificate of title to any motor vehicle in which you become owner. The Credit Union may sign any other documents (such as financing statements and certificates of title) to perfect the Credit Union's security interest and the Credit Union may file a copy of this Agreement as a financing statement.

THE FOLLOWING NOTICE APPLIES ONLY TO LOAN ADVANCES PROCESSED THROUGH A PARTICIPATING AUTO DEALER:
NOTICE: ANY HOLDER OF THIS CONSUMER CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

## YOUR BILLING RIGHTS - KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

### Notify Us In Case of Errors or Questions About Your

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet) at 2537 S.E. Hawthorne Blvd., Portland, Oregon 97214-[illegible]. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your credit bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

### Your Rights and Our Responsibilities After We Receive Your Written

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within 10 days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

### Special Rule for the Credit Card

If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

(a) You must have made the purchase in your home state or, if not within home state within 100 miles of your current mailing address; and
(b) The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

ANDERSON & MONSON, P.C.
Park Plaza West - Suite 460
10700 SW Beaverton-Hillsdale Hwy.
Beaverton, Oregon 97005
TELEPHONE
(503) 646-9230
FACSIMILE
(503) 646-9846
E-Mail
rick@andersonmonson.com
miles@andersonmonson.com

Richard T. Anderson, Jr.
(Oregon and Washington Bars)
Miles D. Monson
(Oregon and Washington Bars)

Patricia B. Bailie
Lisa A. Dawes
Jaime J. Ronk
(Legal Assistants)

**DATE** : 8/25/04

**FROM** : **Miles Monson**

**RE** : **Rivermark Community Credit Union / Khanh Juynh**
**Acct. No. 860280-145**

**OUR FILE NO.** : **169-024**

**PLEASE DELIVER THE FOLLOWING PAGE(S) TO:**

**NAME** : **Karon Johnson, Assistant U.S. Attorney**

**FACSIMILE NO.** : **(671) 472-7334**

**TIME SENT** : 4:39p.m.

**We are transmitting a total of 6 page(s), INCLUDING THIS COVER SHEET.**

**IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL US AT (503) 646-9230 OR RETURN A NOTE TO FACSIMILE NO. (503) 646-9846.**

**MESSAGE** : **The attached is for your review and information. Thank you.**

The information contained in the facsimile message is privileged and confidential. It is intended only for the use of the recipient named above. If you received this in error, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify the sender by telephone immediately, and return the original message to us at the above address via U.S. Postal Service. We will, of course, be happy to reimburse your postage costs. Thank you.

**VIA FACSIMILE ONLY.**

* * * COMMUNICATION RESULT REPORT ( AUG.26.2004 12:20PM ) * * *

TTI 88

| FILE | MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|---|
| | MEMORY TX | | 85036469846 | OK | P. 12/12 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

Department of Justice
United States Attorney's Office
District of Guam / Criminal Division

Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910
(671) 472-7332

LEONARDO M. RAPADAS
UNITED STATES ATTORNEY

# Facsimile Transmission Cover Page

**TO:** Miles D. Monson

**FROM:** Karon Johnson
U.S. Attorney's Office, District of Guam and NMI

**Sender's Phone:** (671) 472-7332 ext. ______

**Sender's Fax:** (671) 472-7334

**Recipient's Fax:** (503) 646-9846

Department of Justice
United States Attorney's Office
District of Guam / Criminal Division

Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910
(671) 472-7332

LEONARDO M. RAPADAS
UNITED STATES ATTORNEY

# Facsimile Transmission Cover Page

**TO:** Miles D. Monson

**FROM:** Karon Johnson
U.S. Attorney's Office, District of Guam and NMI

**Sender's Phone:** (671) 472-7332 ext. ______

**Sender's Fax:** (671) 472-7334

**Recipient's Fax:** (503) 646-9846

**Date:** 8/26/04

**Pages:** _______ (includes cover sheet).

**Re:** Verified complaint of forfeiture

**CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION**

The information contained in this message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.