```
1  2002Lexus.CER

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332
6  Fax:  (671) 472-7334

7  Attorneys for United States of America
```

FILED
DISTRICT COURT OF GUAM
OCT 29 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 03-00042 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ONE 2002 LEXUS AUTOMOBILE, ) MODEL RX300, ) VIN JTJHF10U520277477 ) | |
| Defendant. ) | |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on October 29, 2004, I caused to be mailed by federal express, a filed copy of the foregoing document: **United States' Opposition to Motion to Intervene, Vacate Scheduling Order, and Continue Trial Date**, in United States v. One 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477, in Civil Case No. 04-0017 to: William S. Labahn, Esq., 132 East Broadway, Suite 331, Eugene, Oregon 97401..

DATED: 10/29/04

CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney