DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CIVL CASE NO. 03-00042 |
|---|---|
| Plaintiff, | |
| vs. | |
| ONE 2002 LEXUS AUTOMOBILE, MOBILE RX300, VIN JTJHF10U520277477, | NOTICE OF ENTRY OF ORDER |
| Defendant, | |
| KHANH AI HUYNH, | |
| Claimant. | |

Notice is hereby given that the Order filed on October 29, 2004 on the above-entitled matter was entered on the docket on October 29, 2004.

Dated this 1st day of November, 2004.

MARY L.M. MORAN
Clerk of Court

By: Leilani R. Toves Hernandez
Deputy Clerk