DANILO T. AGUILAR
Attorney at Law
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way, San Jose
P.O. Box 505301
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Guam Address:
c/o BRONZE & TANG
2nd Floor, Bank Pacific Building
825 S. Marine Drive
Tamuning, Guam 96911
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

Attorney for RIVERMARK COMMUNITY CREDIT UNION

**FILED**
DISTRICT COURT OF GUAM
NOV 24 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2002 LEXUS AUTOMOBILE, MODEL RX300,<br>VIN JTJHF10U520277477<br><br>Defendant. | CIVIL CASE NO. 03-00042<br><br>**VERIFIED NOTICE OF CLAIM PURSUANT TO RULE C(6) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS** |

COMES NOW Rivermark Community Credit Union ("Rivermark"), by and through counsel, Danilo T. Aguilar, Esq. and hereby submits its notice of claim to the subject vehicle that is sought to be forfeited to the United States. This notice is made pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims. Rivermark is a lienholder in the mentioned property and its interest is noted in the registration document issued by the State of Oregon. A copy of the registration is attached as Exhibit "A".

Respectfully submitted this 22nd day of November, 2004.

*/s/ Danilo T. Aguilar*
**DANILO T. AGUILAR,**
Attorney for Applicant-Intervenor
Rivermark Community Credit Union

## VERIFICATION

I, Dave Barnes, am the Collection Manager for Rivermark Community Credit Union. I have the reviewed the statements contained in the foregoing notice of claim and that the statements are true and correct to the best of my knowledge. I have executed this verification on the 22nd day of November, 2004 at Clackamas, Oregon.

          /s/ Dave Barnes
          (Name)

Respectfully submitted this ___ day of November, 2004.

_____
**DANILO T. AGUILAR,**
Attorney for Applicant-Intervenor
Rivermark Community Credit Union

### VERIFICATION

I, Dave Barnes, am the Collection Manager for Rivermark Community Credit Union. I have the reviewed the statements contained in the foregoing notice of claim and that the statements are true and correct to the best of my knowledge. I have executed this verification on the 22nd day of November, 2004 at Clackamas, Oregon.

_/s/ Dave Barnes_
(Name)

2

# EXHIBIT "A"

# OREGON VEHICLE CERTIFICATE OF TITLE

| PLATE NUMBER | TITLE NUMBER | PROCESSED DATE | | REFERENCE NUMBER |
|---|---|---|---|---|
| ZXS681 | 0404277516 | 021104 | N/N | 457795 |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | EQUIPMENT |
|---|---|---|---|---|---|
| 2002 | LEXS | UT | RX3 | JTJHF10U520277477 | |

ODOMETER READING: 15,423  ODOMETER DATE: 01/14/04

If a "brand" appears in this box, it indicates this vehicle was previously damaged, or otherwise "reconstructed" or rebuilt. If a state is listed, the damage occurred prior to issuance of an Oregon title.

OWNER/LESSEE:
HUYNH, KHANH AI
3101 NE 80TH AVE
PORTLAND OR 97213

USE THIS SECTION WHEN THE ONLY CHANGE IS ...
If there is no change in owners as shown ... FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.
interest holders have released interest, one ... (DOES NOT RELEASE INTEREST) DATE
sign and date here, if not completing a separate ...
In addition, if your address has changed, cross ... release interest in the vehicle, complete
and write the new address and county of residence ... assignment on back of the title.
the title. Mail the title and the fee to DMV, 1905 Lane Ave ...

SECURITY INTEREST HOLDER/LESSOR:
SAFEWAY NORTHWEST CENTRAL CREDIT UNION
2537 SE HAWTHORNE BLVD
PORTLAND OR 97214

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST  DATE
X

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST  DATE
X

**VOID WITHOUT LINKED DIAMOND WATERMARK**

735-410 (10-02)  ZXS681  JTJHF10U520277477  0404277516  C
3678 071 02 V1 T2 04 S8 M1 P5 E0 M0 26