2002 Lexus2.PSO

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC 14 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE,<br>MODEL RX300,<br>VIN JTJHFIOU520277477,<br><br>Defendant,<br><br>KHANH AI HUYNH,<br><br>Claimant. | CIVIL CASE NO. 03-00042<br><br>**UNITED STATES PROPOSED SCHEDULING ORDER** |

COMES NOW the United States of America, by and through undersigned counsel, and hereby submits the government's proposed scheduling order. The proposed order has not been signed by either the attorney for the claimant or the attorney for the intervenor. The government sent counsel a proposed scheduling order on November 29, 2004, and has received no response

\\
\\
\\
\\
\\

from either counsel. Hence, the government is unaware what their respective positions may be in this matter.

Respectfully submitted this 13th day of December, 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney
Attorney for Plaintiff