FILED
DISTRICT COURT OF GUAM
DEC 20 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477,<br><br>Defendant,<br><br>KHANH AI HUYNH,<br><br>Claimant,<br><br>RIVERMARK COMMUNITY CREDIT UNION,<br><br>Claimant/Intervenor. | Civil Case No. 03-00042<br><br><br><br>ORDER |

On October 29, 2004, Rivermark Community Credit Union ("Rivermark") was permitted to intervene in this action. See Order (Docket No. 45). The Order permitting intervention also vacated the Scheduling Order then in effect for good cause shown. Id. at 6. The parties were then directed to file an amended discovery plan and scheduling order by November 10, 2004. Id.

On December 14, 2004, the Plaintiff lodged a proposed Scheduling Order with the Court. The Plaintiff, however, submitted the proposal without the signatures of counsel for the claimant Huynh and counsel for Rivermark. The Plaintiff's counsel explained that the proposed Scheduling Order had been sent to both counsel, but neither had responded to the proposed dates.

Accordingly, the Court sets this matter for a Scheduling Conference on Tuesday, February 15, 2005 at 9:00 a.m. Off-island counsel may participate telephonically at the hearing by calling (671) 473-9117 or (671) 473-9144 on the morning of the conference. Counsel for claimant Huynh and Rivermark are advised to contact the Plaintiff in advance of said conference to provide their respective input to the proposed Scheduling Order and discovery plan. Their failure to do so may result in the imposition of appropriate sanctions or the waiver of objections to the schedule proposed by the Plaintiff.

SO ORDERED this 17th day of December 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge