FREDERICK J. KERLEY
ATTORNEY AT LAW
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone No.: (671) 477-7008
Facsimile No.: (671) 477-7009

Designated Local Counsel for Claimant Khanh Ai Huynh

WILLIAM S. LABAHN, ESQ.
LAW OFFICES OF WILLIAM S. LABAHN, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone No.: (541) 344-7004
Facsimile No.: (541) 344-7022

Counsel for Claimant Khanh Ai Huynh

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE, MODEL RX300,<br>VIN: JTJHF10U520277477,<br><br>    Defendant,<br><br>KHANH AI HUYNH,<br><br>    Claimant,<br><br>RIVERMARK COMMUNITY CREDIT UNION,<br><br>    Claimant/Intervenor. | CIVIL CASE NO. 03-00042<br><br>**APPLICATION TO WITHDRAW AS DESIGNATED LOCAL COUNSEL** |

Pursuant to General Rule 19.1 (c) of the Local Rules of Practice of this Court, and pursuant to Rule 1.16 of the Model Rules of Professional Conduct, Frederick J. Kerley ("Local Counsel") respectfully applies to this honorable Court to withdraw as designated

**ORIGINAL**

local counsel for Claimant Khanh Ai Huynh ("Claimant") in the above-captioned matter, and represents as follows:

1. In March 2004, I agreed to act as local counsel in this matter for Claimant's attorney, namely the Law Offices of William S. Labahn, which is based in Eugene, Oregon, and that firm agreed to compensate me for my services at the hourly rate of $175.00. The letters confirming this agreement dated March 24th, 25th and 29th, 2004 are attached hereto as Exhibit A.

2. Pursuant to General Rule 17.1(e) of the Local Rules of Practice for this Court, Claimant's off-island counsel, through Veronica I. Valda, who was then an associate of the Law Offices of William S. Labahn, designated me as local counsel on April 13, 2004 in connection with her petition for *pro hac vice* admission in this case. After Ms. Valda resigned from his firm, William S. Labahn again designated me as local counsel. That designation was filed herein on September 17, 2004, as part of his petition for admission *pro hac vice* in this proceeding.

3. I have promptly submitted monthly invoices to the Law Office of William S. Labahn for my legal services and costs as local counsel in this case. I have not been paid for my services and costs for the months of September, October and November 2004. With my November 30, 2004 invoice, which was mailed to Mr. Labahn on December 8, 2004, I included a cover letter stating that a portion of the outstanding balance was over 60 days past due, so that he should arrange for prompt payment of the entire outstanding balance. A copy of that letter and invoice, attached hereto as Exhibit B, were also sent to Mr. Labahn via facsimile on December 7, 2004 and is attached hereto as Exhibit B. To date, I have not received any payment on this outstanding balance.

4. By letter to Mr. Labahn dated December 30, 2004, a copy of which is attached as Exhibit C, I explained that I could not continue to act as local counsel in this case without payment of my legal fees. I informed Mr. Labahn that if I was not paid in full

2

on or before January 10, 2005, I would apply to the Court to withdraw as designated local counsel. I have not received any response to this letter.

5. The unpaid balance of attorney's fees is substantial and local counsel lacks the financial resources to continue to act as Claimant's local counsel without compensation for doing so, and has given Claimant's off-island counsel adequate advance warning of that circumstance.

6. Rule 1.16 (b)(5) of the Model Rules of Professional Conduct allows an attorney to withdraw from representation if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled."

7. Rule 1.16 (b)(6) of the Model Rules of Professional Conduct also allows an attorney to withdraw from a representation if continuing "the representation will result in an unreasonable financial burden on the lawyer."

8. Upon approval of counsel's withdrawal by this Court, local counsel would willingly accept any of the duties set forth in G.R. 19.1 (c) that might be imposed upon it by this Court as a condition of his withdrawal.

For the foregoing reasons, Claimant's designated local counsel of record, Frederick J. Kerley, respectfully applies to this honorable Court for leave to withdraw as local counsel for said Claimant in the above-captioned matter.

Respectfully submitted this 20th day of January, 2005.

FREDERICK J. KERLEY
Attorney At Law

FREDERICK J. KERLEY
Designated Local Counsel for
Claimant Khanh Ai Huynh

# CERTIFICATE OF SERVICE

I, Frederick J. Kerley, hereby certify that on January 20th, 2005, I caused to be served copies of the **Application to Withdraw as Designated Local Counsel, Notice of Hearing on Application to Withdraw as Counsel** and the **[Proposed] Order Granting Leave to Withdraw as Designated Local Counsel** by hand delivery to:

> Karon V. Johnson
> Assistant United States Attorney
> Suite 500, Sirena Plaza
> 108 Hernan Cortes Avenue
> Hagåtña, Guam 96910

> Danilo T. Aguilar
> Attorney-At-Law
> c/o Bronze & Tang
> 2nd Floor, Bank Pacific Building
> 825 South marine Drive
> Tamuning, Guam 96911

I further certify that I served copies of the **Application to Withdraw as Designated Local Counsel, Notice of Hearing on Application to Withdraw as Counsel** and the **[Proposed] Order Granting Leave to Withdraw as Designated Local Counsel** to Claimant Khanh Ai Huynh by mailing said copy to her attorney of record, William S. Labahn. Law Office of William S. Labahn, P.C., at 132 East Broadway, Suite 331, Eugene, Oregon 97401.

Dated this 20th day of January, 2005.

FREDERICK J. KERLEY
ATTORNEY AT LAW
Designated Local Counsel for
Claimant Khanh Ai Huynh

_/s/ Frederick J. Kerley_
FREDERICK J. KERLEY

4

WILLIAM S. LABAHN
ATTORNEY AT LAW
132 EAST BROADWAY, SUITE 331
EUGENE, OREGON 97401

ADMITTED IN ALASKA
NEW YORK AND OREGON

ALASKA OFFICE
1552 Rosemary
ANCHORAGE, ALASKA 9950
(888) 344-4277

Telephone: (541) 344-7004
Facsimile: (541) 344-7022
e-mail: labahnesq@aol.com

**VIA FACSIMILE**
**AND REGULAR MAIL**
**(Fax # 671-477-7009)**

March 24, 2004

Frederick J. Kerley, Esq.
Attorney At Law
Pacific New Building
Suite 907
238 Archbishop Flores Street
Hagatna, Guam 96910

    Re: *United States v. One 2002 Lexus Automobile*
       USDC No. Civ. 03-00042

Dear Fred,

It was a pleasure talking with you yesterday. I really appreciate your agreeing to associate as local counsel in this case at the hourly rate of $150/hour. I will be filing the pro hac vice petition Monday but wanted to get this to you before I leave today for a few days break. When I mail the petition I'll enclose the pleadings so far.

Again, many thanks for you help.

I look forward to working with you.

Very truly yours,

*[signature]*

William S. Labahn

WSL/mg

*via U.S. Mail*
*29*

**EXHIBIT A**

**Frederick J. Kerley**
Attorney at Law
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone:(671) 477-7008
Facsimile:(671) 477-7009

March 25, 2004

**VIA FACSIMILE & U.S. MAIL**

William S. Labahn
Attorney At Law
132 East Broadway, Suite 331
Eugene, Oregon 97401

    Re:   United States v. One 2002 Lexus Automobile
            USDC No. Civ. 03-00042

Dear Steve:

    Thank you for your letter of March 25, 2004, with your attached curriculum vitae. I look forward to working with you as local counsel on this forfeiture matter. As to my hourly fee, my notes of our telephone conference and my recollection are that we agreed I would bill my time at $175.00/hour. Please confirm in writing that this is acceptable.

    Upon receipt from you, I will briefly review the pleadings in this case. I have handled a number of forfeiture matters and have a fair amount of research materials on federal forfeiture law. If you want, I could provide some research assistance.

    Thank you for associating me on this case.

Very truly yours,

FREDERICK J. KERLEY

**WILLIAM S. LABAHN**
ATTORNEY AT LAW
132 EAST BROADWAY, SUITE 331
EUGENE, OREGON 97401

ADMITTED IN ALASKA
NEW YORK AND OREGON

ALASKA OFFICE
1552 Rosemary
ANCHORAGE, ALASKA 99501
(888) 344-4277

Telephone: (541) 344-7004
Facsimile: (541) 344-7022
e-mail: labahnesq@aol.com

**VIA FACSIMILE
AND REGULAR MAIL
(Fax # 671-477-7009)**

March 29, 2004

Frederick J. Kerley, Esq.
Attorney At Law
Pacific New Building
Suite 907
238 Archbishop Flores Street
Hagatna, Guam 96910

  Re: *United States v. One 2002 Lexus Automobile*
    USDC No. Civ. 03-00042

Dear Fred,

Enclosed are the various documents for the admission PHV of my associate Veronica I. Valda, along with a cover letter to the clerk and a check for Ms. Valda's admission fee. Also enclosed are the pleadings to-date. Once Veronica is admitted we will be filing an answer.

I apologize for incorrectly stating that the agreed-upon fee for your services was $150/hour. We agreed it will be $175 per hour.

Again, many thanks for you help.

I look forward to working with you.

Very truly yours,

William S. Labahn

WSL/mg
Enc. (as described)

**Frederick J. Kerley**
Attorney at Law
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone:(671) 477-7008
Facsimile:(671) 477-7009

December 7, 2004

**VIA FACSIMILE & U.S. MAIL**

William S. Labahn
Attorneys At Law
132 East Broadway, Suite 331
Eugene, Oregon 97401

    Re:    United States v. One 2002 Lexus Automobile
             District Court No. Civ. 03-00042

Dear Mr. Labahn:

    Enclosed is a copy of my November 30, 2004 invoice in the referenced matter, which shows an outstanding balance of $2,423.89. Because a portion of this balance is now over 60 days past due, please arrange for prompt payment of the entire outstanding balance.

Very truly yours,

FREDERICK J. KERLEY

Enclosure

*mailed out original*
*12/08/04*

**EXHIBIT B**

Frederick J. Kerley
Attorney at Law
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910
Telephone: (671) 477-7008
Facsimile: (671) 477-7009

November 30, 2004

William S. Labahn, Esq.
Law Office of William S. Labahn
132 East Broadway, Suite 331
Eugene, Oregon 97401

Re: <u>U.S.A. vs. One 2002 Lexus Automobile, etc.;</u>
D.Ct. of Guam Civil Case No. CV 03-00042

| Date | Description | Time | Rate | Charge |
|------|-------------|------|------|--------|
| **Costs** | | | | |
| 11/1/2004 | Long distance phone & fax charges for October 2004 | | | $ 25.71 |
| | Total Costs for November 2004 | | | $ 25.71 |
| | Total Attorney's Fees and Costs for November 2004 | | | $ 25.71 |
| | Outstanding Balance Due for September 30, 2004 Invoice | | | $1,540.59 |
| | Outstanding Balance Due for October 31, 2004 Invoice | | | $857.59 |
| | Total Outstanding Balance Due | | | $2,398.18 |
| | Total Amount Due as of November 31, 2004 | | | $2,423.89 |

**Frederick J. Kerley**
Attorney at Law
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone:(671) 477-7008
Facsimile:(671) 477-7009

December 30, 2004

**VIA FACSIMILE & U.S. MAIL**

William S. Labahn
Attorneys At Law
132 East Broadway, Suite 331
Eugene, Oregon 97401

Re: United States v. One 2002 Lexus Automobile
District Court No. Civ. 03-00042
Final Demand For Payment

Dear Mr. Labahn:

By letter to you dated December 7, 2004, I forwarded my November 30, 2004 invoice for attorney's fees and costs as local counsel for claimant Khanh Ai Huynh ("Claimant"). That letter pointed out that a portion of the outstanding balance of $2,423.89 was more than 60 days past due and asked that you promptly pay the entire outstanding balance. To date, I have not received any payment from you.

I lack the financial resources to continue to act as Claimant's local counsel without compensation for doing so. Unless I receive payment in full from you on or before January 10, 2005, I will apply to the Court to withdraw as Claimant's designated local counsel.

Very truly yours,

FREDERICK J. KERLEY

12/30/04
mailed out to
William Labahn

**EXHIBIT C**