FREDERICK J. KERLEY
ATTORNEY AT LAW
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone No.: (671) 477-7008
Facsimile No.: (671) 477-7009

Designated Local Counsel for Claimant Khanh Ai Huynh

WILLIAM S. LABAHN, ESQ.
LAW OFFICES OF WILLIAM S. LABAHN, P.C.
132 East Broadway, Suite 331
Eugene, Oregon 97401
Telephone No.: (541) 344-7004
Facsimile No.: (541) 344-7022

Counsel for Claimant Khanh Ai Huynh

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN: JTJHF10U520277477, <br><br> Defendant, <br><br> KHANH AI HUYNH, <br><br> Claimant, <br><br> RIVERMARK COMMUNITY CREDIT UNION, <br><br> Claimant/Intervenor. | CIVIL CASE NO. 03-00042 <br><br> **NOTICE OF HEARING ON APPLICATION TO WITHDRAW AS COUNSEL** |

TO: Karon V. Johnson, Assistant United States Attorney
Attorney for United States of America

DANILO T. AGUILAR, Attorney At Law
Attorney for Claimant Rivermark Community Credit Union

**ORIGINAL**

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that on the ____ day of **FEB 15 2005**, 2005 |
| 2 | at the hour of _9_:_00_ _A_.m., or as soon thereafter as the Court may hear this matter, |
| 3 | Frederick J. Kerley, designated as local counsel for Claimant Khanh Ai Huynh, shall bring |
| 4 | for hearing his Application to Withdraw as Designated Local Counsel for Claimant Khanh |
| 5 | Ai Huynh. |
| 6 | Dated this 20th day of January, 2005. |

FREDERICK J. KERLEY
ATTORNEY AT LAW
Attorney for Claimant
Khanh Ai Huynh

_____
FREDERICK J. KERLEY

2