# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**CASE NO.** CV-03-00042  **DATE:** 2/15/2005  **TIME:** 9:21

**CAPTION:** <u>UNITED STATES OF AMERICA - vs - ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U5207747</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:21:15 - 9:32:10

**Law Clerk:** Judith Hattori
**Courtroom Deputy:** Virginia T. Kilgore
**CSO:** J. McDonald

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **APPEARANCES** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL FOR PLAINTIFF(s):**

KARON JOHNSON

**COUNSEL FOR DEFENDANT(s):**

FREDERICK KERLEY - KHANH AI HUYNH

JACQUE BRONZE - RIVERMARK

## SCHEDULING CONFERENCE

Ms. Johnson informed the Court that she has spoken with Mr. Bronze and they have agreed upon scheduling dates. The Court instructed counsel to submit the proposed scheduling order and discovery plan.

## APPLICATION TO WITHDRAW AS DESIGNATED LOCAL COUNSEL

The Court granted Mr. Kerley's motion to withdraw. Mr. Kerley stated that he will continue to receive documents for the purpose of providing them to new designated local counsel.

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT
( ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement
( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to be Prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court instructed Ms. Johnson to serve copies of the motion to compel answer to interrogatories on counsel and set the following dates:

- Oppositions Due: February 28, 2005
- Plaintiff's Reply Due: March 7, 2005
- Motion to Compel Hearing: March 14, 2005 at 10:00 A.M.

The Court ruled that if Mr. Labahan has not procured the service of local counsel by February 28, 2005, then he is prevented from filing any pleadings and the claimant may file on her own behalf.