2002Lexus.SMTN

LEONARDO M. RAPADAS
United States Attorney

KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 15 2005
MARY L.M. MORAN
CLERK OF COURT

56

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 03-00042 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES NOTICE OF MOTION** |
| ONE 2002 LEXUS AUTOMOBILE, ) MODEL RX300, ) VIN JTJHF10U520277477, ) | |
| Defendant. ) | |
| KHANH AI HUYNH, ) | |
| Claimant. ) | |

PLEASE TAKE NOTICE that on the MAR 14 2005 day of ~~February, 2005,~~ at the hour of 10:00 A.m., the United States will move this Honorable Court for an Order compelling claimant Khanh Huynh to answer the government's first set of interrogatories.

Respectfully submitted this 10th day of February, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney

RECEIVED
FEB 10 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

Case 1:03-cv-00042   Document 59   Filed 02/15/2005   Page 1 of 1