1  FREDERICK J. KERLEY
   ATTORNEY AT LAW
2  Suite 907, Pacific News Building
   238 Archbishop F.C. Flores Street
3  Hagåtña, Guam 96910
   Telephone No.: (671) 477-7008
4  Facsimile No.:   (671) 477-7009

5  Designated Local Counsel for Claimant Khanh Ai Huynh

6  WILLIAM S. LABAHN, ESQ.
   LAW OFFICES OF WILLIAM S. LABAHN, P.C.
7  132 East Broadway, Suite 331
   Eugene, Oregon 97401
8  Telephone No.: (541) 344-7004
   Facsimile No.:   (541) 344-7022
9
   Counsel for Claimant Khanh Ai Huynh
10

11              IN THE UNITED STATES DISTRICT COURT

12                     TERRITORY OF GUAM

13
   UNITED STATES OF AMERICA,          )   CIVIL CASE NO.  03-00042
14                                     )
                Plaintiff,             )
15                                     )
           vs.                         )   [PROPOSED] ORDER GRANTING
16                                     )   LEAVE TO WITHDRAW AS
   ONE 2002 LEXUS AUTOMOBILE,          )   DESIGNATED LOCAL COUNSEL
17 MODEL RX300,                        )
   VIN: JTJHF10U520277477,             )
18                                     )
                Defendant,             )
19                                     )
   KHANH AI HUYNH,                     )
20                                     )
                Claimant,              )
21                                     )
   RIVERMARK COMMUNITY                 )
22 CREDIT UNION,                       )
                                       )
23              Claimant/Intervenor.   )
   _____)
24

25        Frederick J. Kerley, Designated Local Counsel ("Local Counsel") for Claimant Khanh

26 Ai Huynh ("Claimant"), having applied for leave to withdraw as Local Counsel pursuant to

27

                              ORIGINAL

FILED
DISTRICT COURT OF GUAM

FEB 15 2005

MARY L.M. MORAN
CLERK OF COURT

57

1  Rule GR 19.1(c) of the Local Rules of Practice for this Court, and Rule 1.16 of the Model

2  Rules of Professional Conduct, and good cause appearing for that application, it is hereby:

3      **ORDERED**, that Frederick J. Kerley, may forthwith withdraw as Claimant's Local

4  Counsel of record in the above-captioned matter; and

5      **IT IS FURTHER ORDERED THAT** until replacement Local Counsel appears for

6  Cliamant, that Frederick J. Kerley shall continue to accept service of papers filed in this

7  action for the purpose of forwarding same to replacement Local Counsel.

8      **SO ORDERED** this _15th_ day of _February_, 2005.

9

10

11

12  HONORABLE
    Judge, District Court of Guam

13

14  Presented by:

15  FREDERICK J. KERLEY
    Attorney At Law

16

17

18  **FREDERICK J. KERLEY**
    Designated Local Counsel for

19  Claimant Khanh Ai Huynh
    Dated this 20th day of January, 2005.

20

21  **RECEIVED**

22  JAN 20 2005

23  **DISTRICT COURT OF GUAM**
    **HAGATNA, GUAM**

24

25

26

27  2