**DANILO T. AGUILAR**
Attorney at Law
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way, San Jose
P.O. Box 505301
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

**JACQUES G. BRONZE**
**BRONZE & TANG**
2nd Floor, Bank Pacific Building
825 S. Marine Drive
Tamuning, Guam 96911
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

Attorneys for Rivermark Community Credit Union



**FILED**
DISTRICT COURT OF GUAM

FEB 16 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

58

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 03-00042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| ONE 2002 LEXUS AUTOMOBILE, | ) | |
| MODEL RX300, | ) | |
| VIN JTJHF10U520277477, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the Law Offices of Bronze & Tang, by and through **JACQUES G. BRONZE**, and enters appearance as co-counsel with the Law Offices of Danilo T. Aguilar, in the above-entitled action as attorney for Intervenor, Rivermark Community Credit Union.

DATED this ___15___ day of February 2005.

LAW OFFICES OF BRONZE & TANG
A Professional Corporation

By:_____
JACQUES G. BRONZE
*Attorneys for Rivermark Community*
*Credit Union*