**DANILO T. AGUILAR**
Attorney at Law
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way, San Jose
P.O. Box 505301
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

**JACQUES G. BRONZE**
**BRONZE & TANG**
2nd Floor, Bank Pacific Building
825 S. Marine Drive
Tamuning, Guam 96911
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

Attorneys for Rivermark Community Credit Union



FILED
DISTRICT COURT OF GUAM

FEB 16 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 03-00042 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477, | ) | |
| Defendant. | ) | |

I, **JACQUES G. BRONZE**, do hereby certify that on February 16, 2005, I have caused copies of the following: ***ENTRY OF APPEARANCE*** to be personally served upon the following:

> Karon V. Johnson, Esq.
> Assistant U.S. Attorney
> **UNITED STATES ATTORNEY'S OFFICE**
> Sirena Plaza, Suite 500
> 108 Herman Cortez
> Hagåtña, Guam 96910

Frederick J. Kerley
Attorney At Law
Suite 907, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**EXECUTED** this 16th day of February 2005.

          **LAW OFFICES OF BRONZE & TANG**
          **A Professional Corporation**

By: _____
        JACQUES G. BRONZE
        *Attorneys for Rivermark Community*
        *Credit Union*