2002 Lexus.2CER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 18 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 03-00042 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ONE 2002 LEXUS AUTOMOBILE, ) MODEL RX300, ) VIN JTJHF10U520277477, ) | |
| Defendant, ) | |
| KHANH AI HUYNH, ) | |
| Claimant. ) | |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on February 17, 2005, I caused to be served by facsimile transmission, a filed copy of the foregoing documents: **United States Motion to Compel Answer to Interrogatories** and **United States Notice of Motion**, in <u>U.S. vs. One 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477</u>, Civil Case No. 03-00042 to the following individual: Danilo T. Aguilar, Attorney at Law, P.O. Box 505301, Saipan, MP 96950.

DATED: 2/17/05

CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney