# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**CASE NO. CV-03-00042**  **DATE: 3/14/2005**  **TIME: 10:47**

**CAPTION:** UNITED STATES OF AMERICA - vs - ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U5207747

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:47:58 - 10:52:35

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):**
KARON JOHNSON

**COUNSEL FOR DEFENDANT(s):**
DANILO AGUILAR - RIVERMARK

***

## MOTION TO COMPEL ANSWER TO INTERROGATORIES

( ) MOTION (S) ARGUED BY  ( ) PLAINTIFF  ( ) DEFENDANT
(x) MOTION(s)  _x_ Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement
( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to be Prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Ms. Johnson informed the Court that she has not received any response from Mr. Labahan. She moved the Court to set a due date next week for defendant to file her answer. She stated that she will file a motion to strike the claim and a preliminary order of forfeiture tomorrow. Mr. Aguilar stated that he did not have any position on the motion to compel and he would not have any objections to the proposed order, so long as his client's interest in the lien is preserved. The Court ordered the claimant to file her answer to the interrogatories by Monday, March 21, 2005.