2002Lexus.ORD

LEONARDO M. RAPADAS
United States Attorney

KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 03-00042 |
| Plaintiff, | |
| vs. | **ORDER** ~~[Proposed]~~ |
| ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477, | |
| Defendant, | |
| KHANH AI HUYNH, | |
| Claimant. | |

This cause was heard on Plaintiff's motion to compel claimant Huynh to answer the government's first set of interrogatories, served by Plaintiff July 21, 2004. Upon due consideration,

**IT IS HEREBY ORDERED** that claimant Khanh Ai Huynh shall answer under oath the Plaintiff's first set of interrogatories by ~~February 15~~ March 21, 2005.

DATED this 14th day of ~~February~~ March, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam