ORIGINAL

2002Lexus.NDC

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 22 2005
MARY L.M. MORAN
CLERK OF COURT

(64)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ~~CRIMINAL~~ CASE NO. 03-00042 |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION TO DISMISS CLAIM AND ENTER DEFAULT JUDGMENT** |
| ONE 2002 LEXUS AUTOMOBILE MODEL RX300, VIN JTJHF10U520277477, | |
| Defendant. | |
| KHANH AI HUYNH, | |
| Claimant. | |

**PLEASE TAKE NOTICE** that on the _____ day of APR 28 2005, 2005, at the hour of 10:00 A.m., the United States will move this Honorable Court for an Order to

\\
\\
\\

-1-

dismiss the claim of Khanh Ai Huynh, and to enter a Default Judgment against claimant Khanh Ai Huynh.

Respectfully submitted this ___22nd___ of March, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant United States Attorney