2002 Lexus.3CER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 03-00042 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ONE 2002 LEXUS AUTOMOBILE, ) MODEL RX300, ) VIN JTJHF10U520277477, ) | |
| Defendant, ) | |
| KHANH AI HUYNH, ) | |
| Claimant. ) | |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on March 23, 2005, I caused to be served by federal express mail, tracking number 8485 6972 4536, a filed copy of the foregoing documents: **Motion to Dismiss Claim and Enter Default Judgment As To The Claim of Khanh Ai Huynh** and **Notice of Motion To Dismiss Claim and Enter Default Judgment**, and unfiled copies of the foregoing documents: **Order Dismissing Claim of Khanh Ai Huynh** (Proposed) and **Default Judgment** (Proposed) in U.S. vs. One 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477, Civil Case No. 03-00042 to the following individual: William S. Labahn, Attorney at Law, 132 E. Broadway, Suite 331, Eugene, Oregon 97401.

DATED: 3/23/05

CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney