2002 Lexus.4CER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 25 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE,<br>MODEL RX300,<br>VIN JTJHF10U520277477,<br><br>Defendant,<br><br>KHANH AI HUYNH,<br><br>Claimant. | CIVIL CASE NO. 03-00042<br><br>**CERTIFICATE OF SERVICE** |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on March 23, 2005, I caused to be served by facsimile transmission, a filed copy of the foregoing documents: **Motion to Dismiss Claim and Enter Default Judgment As To The Claim of Khanh Ai Huynh** and **Notice of Motion To Dismiss Claim and Enter Default Judgment**, and unfiled copies of the foregoing documents: **Order Dismissing Claim of Khanh Ai Huynh** (Proposed) and **Default Judgment** (Proposed) in U.S. vs. One 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477, Civil Case No. 03-00042 to the following individual: Danilo Aguilar, Attorney at Law, P.O. Box 505301, Saipan, MP 96950.

DATED: 3/25/05

CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney

ORIGINAL