```
2002 Lexus.5CER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel:  (671) 472-7332
Fax:   (671) 472-7334
```

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 03-00042 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ONE 2002 LEXUS AUTOMOBILE, ) MODEL RX300, ) VIN JTJHF10U520277477, ) | |
| Defendant, ) | |
| KHANH AI HUYNH, ) | |
| Claimant. ) | |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on March 23, 2005, I caused to be served by personal service, a filed copy of the foregoing documents: **Motion to Dismiss Claim and Enter Default Judgment As To The Claim of Khanh Ai Huynh** and **Notice of Motion To Dismiss Claim and Enter Default Judgment**, and unfiled copies of the foregoing documents: **Order Dismissing Claim of Khanh Ai Huynh** (Proposed) and **Default Judgment** (Proposed) in U.S. vs. One 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477, Civil Case No. 03-00042 to the following individual: Jacques Bronze, Attorney at Law, 2nd Floor, Bank Pacific Building, 825 S. Marine Drive, Tamuning, Guam 96911.

DATED: 3/25/05

CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney