

DISTRICT COURT OF GUAM
APR 28 2005
MARY L.M. MORAN
CLERK OF COURT

69

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CIVIL MINUTES - GENERAL**

**CASE NO. CV-03-00042** **DATE: 4/28/2005** **TIME: 10:07a.m.**

**CAPTION: UNITED STATES OF AMERICA - vs - ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U52027747**

****************************************************************************************************

**HON. RONALD S.W. LEW, Designated Judge, Presiding**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:07:52 - 10:11:10

**Law Clerk:** Petty Tsay
Courtroom Deputy: Virginia T. Kilgore
CSO: N. Edrosa

************************************** **APPEARANCES** **************************************

**COUNSEL FOR PLAINTIFF(s):**

KARON JOHNSON

**COUNSEL FOR DEFENDANT(s):**

DANILO AGUILAR - RIVERMARK

****************************************************************************************************

**MOTION TO DISMISS CLAIM AND ENTER DEFAULT JUDGMENT**

**( ) MOTION (S) ARGUED BY ( ) PLAINTIFF ( ) DEFENDANT**
**( ) MOTION ____ Granted ____Denied ____Settled ____Withdrawn ____Under Advisement**
**( ) ORDER SUBMITTED ____Approved ____Disapproved**
**( ) ORDER to be Prepared By:** ____________________
**( ) PROCEEDINGS CONTINUED TO:** ____________________ **at** __________

**NOTES:**

Mr. Aguilar stated that Rivermark has no position on the matter since it does not affect their interest. Ms. Johnson informed the Court that she has not received any response from Mr. Labahan. The Court GRANTED the motion to dismiss the claim. Because Rule 55 was lacking in compliance, the Court DENIED plaintiff's motion for entry of default judgment and instructed the clerk to enter default against the defendant so that the government may later make a motion for default judgment. The Court executed a written order memorializing the Court's ruling.