DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE MODEL RX300, VIN JTJHF10U520277477,<br><br>        Defendant.<br><br>KHANH AI HUYNH,<br><br>        Claimant. | CIVIL CASE NO. 03-00042<br><br>**ENTRY OF DEFAULT** |

FILED
DISTRICT COURT OF GUAM
APR 29 2005
MARY L.M. MORAN
CLERK OF COURT

      Pursuant to the Order Granting Plaintiff's Motion to Dismiss Claim and Denying Motion to Enter Default Judgment as to the Claim of Khanh Ai Huynh, filed April 28, 2005, Claimant Khanh Ai Huynh is hereby declared in default.

      Dated this 29th day of April, 2005.

MARY L.M. MORAN
Clerk, District Court of Guam

By: _____
    Deputy Clerk