2002Lexus.RED

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 03-00042 |
| Plaintiff, | |
| vs. | **REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |
| ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477, | |
| Defendant. | |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM:

Plaintiff, United States of America, hereby requests entry of default judgment by the Clerk against claimant Khanh Ai Huynh (hereinafter referred to as Huynh) concerning Huynh's claim filed in this forfeiture action against defendant One 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477.

Claimant Huynh failed to answer or plead or otherwise appear in the above-entitled action concerning the government's Motion to Dismiss Claim and Enter Default Judgment As To The

-1-

| | |
|---|---|
| 1 | Claim of Khanh Ai Huynh, filed March 22, 2005. Accordingly, at a hearing before this |
| 2 | Honorable Court April 28, 2005, the Honorable Ronald S.W. Lew orally granted the |
| 3 | government's motion to dismiss Huynh's claim and enter a default. On April 28, 2005, this |
| 4 | Court issued an order dismissing Huynh's claim. On April 29, the Court entered a default as to |
| 5 | the claim of Huynh. |

Accordingly, the government is hereby submitting a request for an Entry of Default Judgment in this matter.

Respectfully submitted this 18th day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney