1 | 2002Lexus.DEC

2 | LEONARDO M. RAPADAS
United States Attorney
3 | KARON V. JOHNSON
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215
Attorneys for the United States of America

7

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **FOR THE DISTRICT OF GUAM**

10

11 | UNITED STATES OF AMERICA,    )    CIVIL CASE NO. 03-00042
    )
    Plaintiff,    )

12 |     )

13 |     vs.    )    **DECLARATION OF**
    )    **KARON V. JOHNSON**

14 | ONE 2002 LEXUS AUTOMOBILE,    )
MODEL RX300,    )
VIN JTJHF10U520277477,    )

15 |     )

16 |     Defendant.    )
_____)

17

18 | DECLARATION OF KARON V. JOHNSON

19 | I, KARON V. JOHNSON, declare that:

20 | 1. I am the Assistant U.S. Attorney who represents the plaintiff United States of America

21 | in this action.

22 | 2. The claimant Khanh Ai Huynh resides in the State of Oregon, and is represented by

23 | counsel William S. Labahn.

24 | 3. According to available records and my best information and belief, the claimant

25 | Khanh Ai Huynh is not an infant or incompetent person and is not in the military service of the

26 | United States within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as

27 | amended, or otherwise entitled to the benefits of said Act.

28 | -1-

ORIGINAL

1    4. Claimant Khanh Ai Huynh has been properly served with the government's Motion to

2  Dismiss Claim and Enter Default Judgment As To The Claim of Khanh Ai Huynh, filed March

3  22, 2005, as shown on the copy of the Certificate of Service, attached hereto as Exhibit 1.

4    5. The claimant Khanh Ai Huynh has failed to appear or file an answer within the time

5  required by this Court.

6    6. The judgment of default against claimant Huynh prayed for in the government's

7  request should be entered.

8    Executed this _18th_ day of May, 2005, at Hagåtña, Guam.

9                                    LEONARDO M. RAPADAS
                                     United States Attorney
10                                   Districts of Guam and NMI

11

12                        By:    _____
                                 KARON V. JOHNSON
13                               Assistant U.S. Attorney

1  2002 Lexus.3CER

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332
6  Fax:    (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 2 3 2005

MARY L.M. MORAN
CLERK OF COURT

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 03-00042 |
| 11  Plaintiff, | ) | |
| 12  vs. | ) | **CERTIFICATE OF SERVICE** |
| 13  ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, | ) | |
| 14  VIN JTJHF10U520277477, | ) | |
| 15  Defendant, | ) | |
| 16  KHANH AI HUYNH, | ) | |
| 17  Claimant. | ) | |

18

19  I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office,

20  hereby certify that on March 23, 2005, I caused to be served by federal express mail, tracking

21  number 8485 6972 4536, a filed copy of the foregoing documents: **Motion to Dismiss Claim**

22  **and Enter Default Judgment As To The Claim of Khanh Ai Huynh** and **Notice of Motion**

23  **To Dismiss Claim and Enter Default Judgment**, and unfiled copies of the foregoing

24  documents: **Order Dismissing Claim of Khanh Ai Huynh** (Proposed) and **Default Judgment**

25  (Proposed) in U.S. vs. One 2002 Lexus Automobile, Model RX300, VIN

26  JTJHF10U520277477, Civil Case No. 03-00042 to the following individual: William S.

27  Labahn, Attorney at Law, 132 E. Broadway, Suite 331, Eugene, Oregon 97401.

    DATED: 3/23/05

28                                      CARMELLETA SAN NICOLAS
                                        Secretary to the U.S. Attorney