2002Lexus.CES

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 03-00042 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| ONE 2002 LEXUS AUTOMOBILE, ) | |
| MODEL RX300, VIN JTJHF10U520277477, ) | |
| ) | |
| Defendant. ) | |

I, CARMELLETA SAN NICOLAS, working in the U.S. Attorney's Office, hereby certify that on May 18, 2005, I caused to be served by postal airmail service, unfiled copies of the following: **Request for Default Judgment, Declaration of Karon V. Johnson** and **Default Judgment**, to the following individual: William S. Labahn, Attorney at Law, 132 E. Broadway, Ste. 332, Eugene, OR 97401.

DATED this 18th day of May, 2005.

CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney