1  2002Lexus.DJD

2  LEONARDO M. RAPADAS
3  United States Attorney
   KARON V. JOHNSON
4  Assistant U.S. Attorney
   Sirena Plaza, Suite 500
5  108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
7  FAX: (671) 472-7215

8  Attorneys for the United States of America
9

FILED
DISTRICT COURT OF GUAM
JUN 10 2005
MARY L.M. MORAN
CLERK OF COURT

75

10              IN THE UNITED STATES DISTRICT COURT

11                   FOR THE DISTRICT OF GUAM

12

13  UNITED STATES OF AMERICA,        )   CIVIL CASE NO. 03-00042
14                                   )
           Plaintiff,                )
15                                   )
       vs.                           )   DEFAULT JUDGMENT
16                                   )   [Proposed]
17  ONE 2002 LEXUS AUTOMOBILE,       )
    MODEL RX300,                     )
18  VIN JTJHF10U520277477,           )
                                     )
19         Defendant.                )
20  ─────────────────────────────────)

21                    DEFAULT JUDGMENT

22     In the above-entitled action, claimant Khanh Ai Huynh was properly served with the

23  government's Motion to Dismiss Claim and Enter Default Judgment As To The Claim of Khanh

24
25  Ai Huynh, filed March 22, 2005, as shown on the copy of the Certificate of Service, attached

26  hereto. Claimant Huynh failed to appear or answer within the time provided by this Court, and

27  default has been duly entered. A declaration on behalf of the plaintiff required by Rule 55 has

28                                   -1-

ORIGINAL

been filed setting forth the relief requested by the plaintiff in accordance with the prayer of the request, and also setting forth that claimant Huynh is not an infant or incompetent person or in the military service of the United States within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of plaintiff, United States of America, against claimant Khanh Ai Huynh concerning any interest she may claim in said defendant ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477.

DATED: June 8, 2005, Hagåtña, Guam.

RONALD S. W. LEW
Designated Judge
District Court of Guam

Notice is hereby given that this document was entered on the docket on JUN 1 3 2005.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ JUN 1 3 2005
  Deputy Clerk        Date

RECEIVED
MAY 1 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-