2002LexusRX300.MFO

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 29 2005
MARY L.M. MORAN
CLERK OF COURT
77

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ONE 2002 LEXUS AUTOMOBILE,<br>MODEL RX300<br>VIN JTJHF10U520277477,<br><br>　　　　　Defendant. | CIVIL CASE NO. 03-00042<br><br>**UNITED STATES MOTION FOR<br>FINAL ORDER OF FORFEITURE** |

COMES NOW the United States of America, by and through undersigned counsel, and respectfully moves this Honorable Court for a Final Order of Forfeiture in the above-captioned case, forfeiting all right, title and interest of Khanh Ai Huynh in defendant 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477, and ordering the disposition of the defendant, subject only to the lien of intervener Rivermark Community Credit Union. In support thereof, the United States represents to the Court the following facts:

1. This suit was commenced December 12, 2003, with the filing of a Verified Complaint of Forfeiture. As further set forth in the affidavit of Jon Y. Anderson, Thu Loan Thai Dang had purchased the defendant res in Guam, shipped it to Portland, Oregon, and transferred title to her

publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

7. Other than the lien recorded in favor of Rivermark Community Credit Union, and the claim of Khanh Ai Huynh, no other party has made a claim to or declared any interest in the defendant 2002 Lexus Automobile.

8. **WHEREFORE**, the United States moves this Honorable Court for a Final Order of Forfeiture declaring the defendant 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477 be forfeited as to all parties and vesting full right, title and interest in the defendant 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477 in the United States and also directing the United States Marshal to dispose of said 2002 Lexus Automobile according to law, all subject to the lien of Rivermark Community Credit Union.

Respectfully submitted this 29th day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant United States Attorney

-3-

Case 1:03-cv-00042   Document 80   Filed 06/29/2005   Page 3 of 3