2002Lexus.FOF

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL -5 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 03-00042 |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** [Proposed] |
| ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477, | |
| Defendant. | |

**WHEREAS**, the United States of America filed a Verified Complaint of Forfeiture concerning defendant res on December 12, 2003, and Khanh Ai Huynh filed a claim and answer concerning said res on February 27, 2004; and

**WHEREAS**, on October 29, 2004, Rivermark Community Credit Union (formerly Safeway Northwest Central Credit Union) was allowed to intervene in this lawsuit, because it asserted a security interest in said res; and

**WHEREAS**, on June 10, 2005, the Honorable Ronald S.W. Lew entered a Default Judgment against Khanh Ai Huynh, concerning any interest she claimed in said 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477; and

-1-

**WHEREAS**, a Preliminary Order of Forfeiture was filed with this court on October 5, 2004, in Criminal Case No. 03-00095 ordering the forfeiture of said defendant res to the United States pending the adjudication of any third-part interests and

**WHEREAS**, beginning on November 5, 2004, the United States published notification of the Court's October 5, 2004, Order of Forfeiture in the <u>Pacific Daily News</u>, a newspaper of general circulation, on November 5, November 12, and November 19, 2004, said published notice advising all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property; and

**WHEREAS**, other than Khanh Ai Huynh and Rivermark Community Credit Union, no other party has made a claim to or declared any interest in the above-described defendant res;

Now therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that said 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477 is hereby forfeited to the United States of America pursuant to Title 21, United States Code, § 853.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the defendant res described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law and that the proceeds from the sale of said defendant res, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of said defendant and the payment of the lien on record in favor of Rivermark Community Credit Union (formerly Safeway Northwest Central Credit Union), shall be deposited forthwith by the United States Marshal Service into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

//
//
//
//

The Clerk is hereby directed to send copies of this Order to all counsels of record and three certified copies to the United States Marshals Service.

DATED this 5th day of July, 2005.

_____
Hon. Robert M. Takasugi
Designated Judge
District Court of Guam

Presented by:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

_____
KARON V. JOHNSON
Assistant United States Attorney

Notice is hereby given that this document was entered on the docket on JUL 0 6 2005. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam

By: _____ JUL 0 6 2005
Deputy Clerk       Date

RECEIVED
JUN 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM