UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477,<br><br>Defendant. | CIVIL CASE NO. 03-00042<br><br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Default Judgment, filed June 10, 2005, and the Final Order of Forfeiture, filed July 5, 2005.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on JUL 0 6 2005.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ JUL 0 6 2005
Deputy Clerk       Date

ORIGINAL