2002 Lexus.7CER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477,<br><br>Defendant,<br><br>KHANH AI HUYNH,<br><br>Claimant. | CIVIL CASE NO. 03-00042<br><br>**CERTIFICATE OF SERVICE** |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on July 13, 2005, I caused to be served by certified mail receipt number 7001 2510 0006 8488 2477 a filed copy of the foregoing documents: **United States Motion for Final Order of Forfeiture, Final Order of Forfeiture** and **Judgment** in U.S. vs. One 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477, Civil Case No. 03-00042 to the following individual: William S. Labahn, Attorney at Law, Suite 332, 132 E. Broadway, Eugene, Oregon 97401.

DATED: 7/13/05

CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney