DANILO T. AGUILAR
Attorney at Law
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way, San Jose
P.O. Box 505301
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Guam Address:
c/o BRONZE & TANG
2nd Floor, Bank Pacific Building
825 S. Marine Drive
Tamuning, Guam 96911
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

Attorney for RIVERMARK COMMUNITY CREDIT UNION

FILED
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CIVIL CASE NO. 03-00042 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF LIEN AND REQUEST FOR PAYMENT OF CLAIM** |
| ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477 | |
| Defendant. | |

TO: UNITED STATES MARSHAL'S SERVICE,
DISTRICT OF GUAM AND DISTRICT OF OREGON

COMES NOW Rivermark Community Credit Union ("Rivermark"), by and through counsel, Danilo T. Aguilar, Esq. and hereby submits its notice of lien to the subject vehicle that is to be forfeited to the United States. The total amount of the lien that is to be paid to claimant Rivermark Community Credit Union upon sale of the seized vehicle is **$24,970.01**, as of July 31, 2005. This amount

represents the principal, interest, and duly assessed charges and fees levied pursuant to the promissory note and lien.

On or about July 5, 2005, the United District Court of Guam ordered the forfeiture and sale of ONE 2002 LEXUS AUTOMOBILE, MODEL RX300, VIN JTJHF10U520277477 ("forfeited property"). Pursuant to that same order, the proceeds from that sale are to be deposited to the Department of Justice Asset Forfeiture Fund, after payment of the lien held by Rivermark Community Credit Union. A copy of said order is attached to this notice as Exhibit "A".

Upon final consummation of the sale of the forfeited property, all payments allocated for the satisfaction of the lien on the said vehicle should be remitted to claimant's counsel of record, Danilo T. Aguilar, Esq., P.O. Box 505301, Saipan, M.P. 96950

Dated this 17th day of August, 2005.

*[signature]*
**DANILO T. AGUILAR,**
Attorney for Claimant
Rivermark Community Credit Union

```
1  2002Lexus.FOF
2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215
7  Attorneys for the United States of America
```



**FILED**
DISTRICT COURT OF GUAM
JUL - 5 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 03-00042 |
| Plaintiff, ) | |
| vs. ) | **FINAL ORDER OF FORFEITURE** [Proposed] |
| ONE 2002 LEXUS AUTOMOBILE, ) MODEL RX300, ) VIN JTJHF10U520277477, ) | |
| Defendant. ) | |

**WHEREAS**, the United States of America filed a Verified Complaint of Forfeiture concerning defendant res on December 12, 2003, and Khanh Ai Huynh filed a claim and answer concerning said res on February 27, 2004; and

**WHEREAS**, on October 29, 2004, Rivermark Community Credit Union (formerly Safeway Northwest Central Credit Union) was allowed to intervene in this lawsuit, because it asserted a security interest in said res; and

**WHEREAS**, on June 10, 2005, the Honorable Ronald S.W. Lew entered a Default Judgment against Khanh Ai Huynh, concerning any interest she claimed in said 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477; and

EXHIBIT A

1  **WHEREAS**, a Preliminary Order of Forfeiture was filed with this court on October 5, 2004, in Criminal Case No. 03-00095 ordering the forfeiture of said defendant res to the United States pending the adjudication of any third-part interests and

**WHEREAS**, beginning on November 5, 2004, the United States published notification of the Court's October 5, 2004, Order of Forfeiture in the <u>Pacific Daily News</u>, a newspaper of general circulation, on November 5, November 12, and November 19, 2004, said published notice advising all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property; and

**WHEREAS**, other than Khanh Ai Huynh and Rivermark Community Credit Union, no other party has made a claim to or declared any interest in the above-described defendant res;

Now therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that said 2002 Lexus Automobile, Model RX300, VIN JTJHF10U520277477 is hereby forfeited to the United States of America pursuant to Title 21, United States Code, § 853.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the defendant res described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law and that the proceeds from the sale of said defendant res, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of said defendant and the payment of the lien on record in favor of Rivermark Community Credit Union (formerly Safeway Northwest Central Credit Union), shall be deposited forthwith by the United States Marshal Service into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

//
//
//
//

The Clerk is hereby directed to send copies of this Order to all counsels of record and three certified copies to the United States Marshals Service.

DATED this 5th day of July, 2005.

Hon. Robert M. Takasugi
Designated Judge
District Court of Guam

Presented by:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

KARON V. JOHNSON
Assistant United States Attorney

Notice is hereby given that this document was entered on the docket on _____.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam

By: _____
Deputy Clerk    Date

RECEIVED
JUN 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM